**TURN KEY HEALTH CLINICS LLC**
**Client: (0Z262)**

# Time Detail Report

Date Range (01/01/2018 - 05/31/2018)
Freeze Time (Unknown)
Generated (07/27/2022 12:19:49)

| Employee: LEWIS, JAWAUN (A086) | Badge #: 8297 | |
|---|---|---|
| Department: Corporate Office | Current Pay Class: Salary | Trm Gp: Supervisors |
| Status: Terminated | Hire Date: 11/28/2016 | |
| Home Allocation: Corporate Office-Psychiatrist | | |

| Date | Pay Code | IN | OUT | Allocation | Tax Profile | Missing | Dollars | Total Hrs. | Total Hrs./Day | Employee Approval | Supervisor Approval |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon (01/01) | | ID-08:00 AM | OD-11:00 AM | [410]-Psychiatrist | | | | 3.00 | | | |
| Mon (01/01) | Fixed: (N0H) | n/a | n/a | [410]-Psychiatrist | | | | 8.00 | 11.00 | | |
| Tue (01/02) | | ID-08:00 AM | OD-11:00 AM | [410]-Psychiatrist | | | | 3.00 | 3.00 | | |
| Wed (01/03) | | ID-08:00 AM | OD-11:00 AM | [410]-Psychiatrist | | | | 3.00 | 3.00 | | |
| Thu (01/04) | | ID-08:00 AM | OD-10:00 AM | [410]-Psychiatrist | | | | 2.00 | 2.00 | | |
| Fri (01/05) | | ID-08:00 AM | OD-04:00 PM | [410]-Psychiatrist | | | | 8.00 | 8.00 | | |
| Sat (01/06) | | ID-08:00 AM | OD-04:00 PM | [410]-Psychiatrist | | | | 8.00 | 8.00 | | |
| Total Units/Hours For Week: | | | | | | | | | 35.00 | | |
| Sun (01/07) | | ID-07:07 AM | OD-02:59 PM | [410]-Psychiatrist | | | | 7.87 | 7.87 | | |
| Mon (01/08) | | ID-06:16 AM | OD-02:43 PM | [410]-Psychiatrist | | | | 8.45 | 8.45 | | |
| Tue (01/09) | | ID-07:15 AM | OD-02:49 PM | [410]-Psychiatrist | | | | 7.57 | 7.57 | | |
| Wed (01/10) | | ID-06:41 AM | OD-02:26 PM | [410]-Psychiatrist | | | | 7.75 | 7.75 | | |
| Thu (01/11) | | ID-07:27 AM | OD-03:08 PM | [410]-Psychiatrist | | | | 7.68 | 7.68 | | |
| Fri (01/12) | | ID-08:43 AM | OD-01:28 PM | [410]-Psychiatrist | | | | 4.75 | 4.75 | | |
| Sat (01/13) | | ID-08:05 AM | OD-02:25 PM | [410]-Psychiatrist | | | | 6.33 | 6.33 | | |
| Total Units/Hours For Week: | | | | | | | | | 50.40 | | |
| Sun (01/14) | | ID-10:01 AM | OD-04:37 PM | [410]-Psychiatrist | | | | 6.60 | 6.60 | | |
| Mon (01/15) | | ID-08:00 AM | OD-03:00 PM | [410]-Psychiatrist | | | | 7.00 | 7.00 | | |
| Tue (01/16) | | ID-07:00 AM | OD-03:00 PM | [410]-Psychiatrist | | | | 8.00 | 8.00 | | |
| Wed (01/17) | | ID-06:44 AM | OD-01:30 PM | [410]-Psychiatrist | | | | 6.77 | 6.77 | | |
| Thu (01/18) | | ID-08:00 AM | OD-04:32 PM | [410]-Psychiatrist | | | | 8.53 | 8.53 | | |
| Fri (01/19) | | ID-08:45 AM | OD-02:07 PM | [410]-Psychiatrist | | | | 5.37 | 5.37 | | |
| Sat (01/20) | | ID-08:00 AM | OD-02:59 PM | [410]-Psychiatrist | | | | 6.98 | 6.98 | | |
| Total Units/Hours For Week: | | | | | | | | | 49.25 | | |
| Sun (01/21) | | ID-08:00 AM | OD-03:00 PM | [410]-Psychiatrist | | | | 7.00 | | | |
| Sun (01/21) | | ID-07:00 PM | OD-10:00 PM | [410]-Psychiatrist | | | | 3.00 | 10.00 | | |
| Mon (01/22) | | ID-09:35 AM | OD-03:05 PM | [410]-Psychiatrist | | | | 5.50 | | | |
| Mon (01/22) | | ID-07:00 PM | OD-09:00 PM | [410]-Psychiatrist | | | | 2.00 | 7.50 | | |
| Tue (01/23) | | ID-10:04 AM | OD-04:01 PM | [410]-Psychiatrist | | | | 5.95 | | | |
| Tue (01/23) | | ID-07:00 PM | OD-09:00 PM | [410]-Psychiatrist | | | | 2.00 | 7.95 | | |
| Wed (01/24) | | ID-10:00 AM | OD-05:47 PM | [410]-Psychiatrist | | | | 7.78 | | | |
| Wed (01/24) | | ID-06:00 PM | OD-09:00 PM | [410]-Psychiatrist | | | | 3.00 | 10.78 | | |
| Thu (01/25) | | ID-07:07 AM | OD-03:05 PM | [410]-Psychiatrist | | | | 7.97 | | | |
| Thu (01/25) | | ID-05:00 PM | OD-07:00 PM | [410]-Psychiatrist | | | | 2.00 | 9.97 | | |
| Fri (01/26) | | ID-07:09 AM | OD-11:17 AM | [410]-Psychiatrist | | | | 4.13 | 4.13 | | |
| Sat (01/27) | | -- | -- | | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | | 50.33 | | |
| Sun (01/28) | | -- | -- | | | | | | | | |
| Mon (01/29) | | ID-08:00 AM | OD-02:00 PM | [410]-Psychiatrist | | | | 6.00 | 6.00 | | |
| Tue (01/30) | | ID-07:00 AM | OD-04:00 PM | [410]-Psychiatrist | | | | 9.00 | 9.00 | | |
| Wed (01/31) | | ID-08:00 AM | OD-04:00 PM | [410]-Psychiatrist | | | | 8.00 | 8.00 | | |
| Thu (02/01) | | ID-07:00 AM | OD-04:00 PM | [410]-Psychiatrist | | | | 9.00 | 9.00 | | |
| Fri (02/02) | | ID-08:00 AM | OD-03:00 PM | [410]-Psychiatrist | | | | 7.00 | 7.00 | | |
| Sat (02/03) | | ID-08:00 AM | OD-01:00 PM | [410]-Psychiatrist | | | | 5.00 | 5.00 | | |
| Total Units/Hours For Week: | | | | | | | | | 44.00 | | |
| Sun (02/04) | | -- | -- | | | | | | | | |
| Mon (02/05) | | ID-07:00 AM | OD-04:00 PM | [410]-Psychiatrist | | | | 9.00 | 9.00 | | |
| Tue (02/06) | | ID-07:00 AM | OD-03:30 PM | [410]-Psychiatrist | | | | 8.50 | 8.50 | | |
| Wed (02/07) | | ID-07:00 AM | OD-03:00 PM | [410]-Psychiatrist | | | | 8.00 | 8.00 | | |
| Thu (02/08) | | ID-07:00 AM | OD-04:00 PM | [410]-Psychiatrist | | | | 9.00 | 9.00 | | |
| Fri (02/09) | | ID-08:00 AM | OD-01:00 PM | [410]-Psychiatrist | | | | 5.00 | 5.00 | | |
| Sat (02/10) | | ID-08:00 AM | OD-02:00 PM | [410]-Psychiatrist | | | | 6.00 | 6.00 | | |



**TURN KEY HEALTH CLINICS LLC**
**Client: (0Z262)**

# Time Detail Report

Date Range (01/01/2018 - 05/31/2018)
Freeze Time (Unknown)
Generated (07/27/2022 12:19:49)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Units/Hours For Week: | | | | | | | 45.50 | |
| Sun (02/11) | -- | -- | | | | | | |
| Mon (02/12) | ID-07:00 AM | OD-03:00 PM | [410]-Psychiatrist | | | 8.00 | 8.00 | |
| Tue (02/13) | ID-05:56 AM | OD-02:41 PM | [410]-Psychiatrist | | | 8.75 | 8.75 | |
| Wed (02/14) | ID-05:51 AM | OD-02:30 PM | [410]-Psychiatrist | | | 8.65 | 8.65 | |
| Thu (02/15) | ID-06:13 AM | OD-01:17 PM | [410]-Psychiatrist | | | 7.07 | 7.07 | |
| Fri (02/16) | ID-07:26 AM | OD-04:44 PM | [410]-Psychiatrist | | | 9.30 | 9.30 | |
| Sat (02/17) | ID-07:42 AM | OD-02:21 PM | [410]-Psychiatrist | | | 6.65 | 6.65 | |
| Total Units/Hours For Week: | | | | | | | 48.42 | |
| Sun (02/18) | ID-06:00 AM | OD-02:00 PM | [410]-Psychiatrist | | | 8.00 | 8.00 | |
| Mon (02/19) | ID-06:31 AM | OD-03:43 PM | [410]-Psychiatrist | | | 9.20 | 9.20 | |
| Tue (02/20) | ID-05:56 AM | OD-02:41 PM | [410]-Psychiatrist | | | 8.75 | | |
| Tue (02/20) | ID-03:00 PM | OD-05:00 PM | [410]-Psychiatrist | | | 2.00 | 10.75 | |
| Wed (02/21) | ID-06:14 AM | OD-02:12 PM | [410]-Psychiatrist | | | 7.97 | 7.97 | |
| Thu (02/22) | ID-06:54 AM | OD-03:05 PM | [410]-Psychiatrist | | | 8.18 | | |
| Thu (02/22) | ID-04:00 PM | OD-06:00 PM | [410]-Psychiatrist | | | 2.00 | 10.18 | |
| Fri (02/23) | ID-05:51 AM | OD-02:30 PM | [410]-Psychiatrist | | | 8.65 | 8.65 | |
| Sat (02/24) | ID-02:00 PM | OD-05:00 PM | [410]-Psychiatrist | | | 3.00 | 3.00 | |
| Total Units/Hours For Week: | | | | | | | 57.75 | |
| Sun (02/25) | ID-08:00 AM | OD-12:00 PM | [410]-Psychiatrist | | | 4.00 | 4.00 | |
| Mon (02/26) | ID-06:46 AM | OD-03:53 PM | [410]-Psychiatrist | | | 9.12 | 9.12 | |
| Tue (02/27) | ID-07:00 AM | OD-02:00 PM | [410]-Psychiatrist | | | 7.00 | | |
| Tue (02/27) | ID-05:00 PM | OD-07:00 PM | [410]-Psychiatrist | | | 2.00 | 9.00 | |
| Wed (02/28) | ID-07:08 AM | OD-03:07 PM | [410]-Psychiatrist | | | 7.98 | | |
| Wed (02/28) | ID-05:00 PM | OD-07:00 PM | [410]-Psychiatrist | | | 2.00 | 9.98 | |
| Thu (03/01) | ID-07:07 AM | OD-03:20 PM | [410]-Psychiatrist | | | 8.22 | 8.22 | |
| Fri (03/02) | ID-06:47 AM | OD-02:50 PM | [410]-Psychiatrist | | | 8.05 | 8.05 | |
| Sat (03/03) | ID-04:58 AM | OD-02:30 PM | [410]-Psychiatrist | | | 9.53 | 9.53 | |
| Total Units/Hours For Week: | | | | | | | 57.90 | |
| Sun (03/04) | ID-07:00 PM | OD-09:00 PM | [410]-Psychiatrist | | | 2.00 | 2.00 | |
| Mon (03/05) | -- | -- | | | | | | |
| Tue (03/06) | ID-07:03 AM | OD-04:13 PM | [410]-Psychiatrist | | | 9.17 | 9.17 | |
| Wed (03/07) | ID-06:35 AM | OD-02:52 PM | [410]-Psychiatrist | | | 8.28 | 8.28 | |
| Thu (03/08) | ID-06:27 AM | OD-03:36 PM | [410]-Psychiatrist | | | 9.15 | | |
| Thu (03/08) | ID-05:00 PM | OD-06:30 PM | [410]-Psychiatrist | | | 1.50 | 10.65 | |
| Fri (03/09) | ID-06:13 AM | OD-01:54 PM | [410]-Psychiatrist | | | 7.68 | | |
| Fri (03/09) | ID-05:00 PM | OD-06:00 PM | [410]-Psychiatrist | | | 1.00 | 8.68 | |
| Sat (03/10) | ID-07:22 AM | OD-02:39 PM | [410]-Psychiatrist | | | 7.28 | | |
| Sat (03/10) | ID-05:00 PM | OD-07:00 PM | [410]-Psychiatrist | | | 2.00 | 9.28 | |
| Total Units/Hours For Week: | | | | | | | 48.06 | |
| Sun (03/11) | -- | -- | | | | | | |
| Mon (03/12) | ID-08:31 AM | OD-04:27 PM | [410]-Psychiatrist | | | 7.93 | | |
| Mon (03/12) | ID-07:00 PM | OD-08:00 PM | [410]-Psychiatrist | | | 1.00 | 8.93 | |
| Tue (03/13) | ID-06:45 AM | OD-02:52 PM | [410]-Psychiatrist | | | 8.12 | 8.12 | |
| Wed (03/14) | ID-06:47 AM | OD-03:04 PM | [410]-Psychiatrist | | | 8.28 | | |
| Wed (03/14) | ID-05:30 PM | OD-07:30 PM | [410]-Psychiatrist | | | 2.00 | 10.28 | |
| Thu (03/15) | ID-07:05 AM | OD-03:19 PM | [410]-Psychiatrist | | | 8.23 | | |
| Thu (03/15) | ID-08:00 PM | OD-08:30 PM | [410]-Psychiatrist | | | 0.50 | 8.73 | |
| Fri (03/16) | ID-06:46 AM | OD-02:36 PM | [410]-Psychiatrist | | | 7.83 | 7.83 | |
| Sat (03/17) | ID-07:24 AM | OD-03:04 PM | [410]-Psychiatrist | | | 7.67 | 7.67 | |
| Total Units/Hours For Week: | | | | | | | 51.56 | |
| Sun (03/18) | ID-04:00 PM | OD-06:00 PM | [410]-Psychiatrist | | | 2.00 | 2.00 | |
| Mon (03/19) | ID-06:54 AM | OD-03:38 PM | [410]-Psychiatrist | | | 8.73 | | |
| Mon (03/19) | ID-05:00 PM | OD-06:00 PM | [410]-Psychiatrist | | | 1.00 | 9.73 | |
| Tue (03/20) | ID-05:24 AM | OD-12:28 PM | [410]-Psychiatrist | | | 7.07 | | |
| Tue (03/20) | ID-06:00 PM | OD-09:00 PM | [410]-Psychiatrist | | | 3.00 | 10.07 | |
| Wed (03/21) | ID-07:28 AM | OD-04:01 PM | [410]-Psychiatrist | | | 8.55 | 8.55 | |
| Thu (03/22) | ID-05:24 AM | OD-12:28 PM | [410]-Psychiatrist | | | 7.07 | | |
| Thu (03/22) | ID-02:00 PM | OD-05:00 PM | [410]-Psychiatrist | | | 3.00 | 10.07 | |
| Fri (03/23) | -- | -- | | | | | | |
| Sat (03/24) | ID-10:32 AM | OD-12:02 PM | [410]-Psychiatrist | | | 1.50 | | |
| Sat (03/24) | ID-06:30 PM | OD-08:00 PM | [410]-Psychiatrist | | | 1.50 | 3.00 | |
| Total Units/Hours For Week: | | | | | | | 43.42 | |
| Sun (03/25) | ID-10:09 AM | OD-01:09 PM | [410]-Psychiatrist | | | 3.00 | 3.00 | |
| Mon (03/26) | ID-07:18 AM | OD-03:58 PM | [410]-Psychiatrist | | | 8.67 | | |
| Mon (03/26) | ID-07:00 PM | OD-08:00 PM | [410]-Psychiatrist | | | 1.00 | 9.67 | |
| Tue (03/27) | ID-07:20 AM | OD-03:31 PM | [410]-Psychiatrist | | | 8.18 | 8.18 | |
| Wed (03/28) | ID-07:33 AM | OD-02:48 PM | [410]-Psychiatrist | | | 7.25 | 7.25 | |



**TURN KEY HEALTH CLINICS LLC**
**Client: (0Z262)**

# Time Detail Report

Date Range (01/01/2018 – 05/31/2018)
Freeze Time (Unknown)
Generated (07/27/2022 12:19:49)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Thu (03/29) | | ID-10:21 AM | OD-01:32 PM | [410]-Psychiatrist | | | 3.18 | |
| Thu (03/29) | | ID-06:00 PM | OD-09:00 PM | [410]-Psychiatrist | | | 3.00 | 6.18 |
| Fri (03/30) | | ID-10:45 AM | OD-03:19 PM | [410]-Psychiatrist | | | 4.57 | 4.57 |
| Sat (03/31) | | ID-01:20 PM | OD-04:32 PM | [410]-Psychiatrist | | | 3.20 | 3.20 |
| Total Units/Hours For Week: | | | | | | | 42.05 | |
| Sun (04/01) | | ID-09:34 AM | OD-10:34 AM | [410]-Psychiatrist | | | 1.00 | 1.00 |
| Mon (04/02) | | ID-07:26 AM | OD-04:12 PM | [410]-Psychiatrist | | | 8.77 | 8.77 |
| Tue (04/03) | | ID-07:35 AM | OD-02:55 PM | [410]-Psychiatrist | | | 7.33 | 7.33 |
| Wed (04/04) | | ID-06:33 AM | OD-03:08 PM | [410]-Psychiatrist | | | 8.58 | 8.58 |
| Thu (04/05) | | ID-06:48 AM | OD-03:52 PM | [410]-Psychiatrist | | | 9.07 | 9.07 |
| Fri (04/06) | | ID-07:57 AM | OD-03:28 PM | [410]-Psychiatrist | | | 7.52 | 7.52 |
| Sat (04/07) | | -- | -- | | | | | |
| Total Units/Hours For Week: | | | | | | | 42.27 | |
| Sun (04/08) | | ID-01:30 PM | OD-02:30 PM | [410]-Psychiatrist | | | 1.00 | 1.00 |
| Mon (04/09) | | ID-07:05 AM | OD-03:45 PM | [410]-Psychiatrist | | | 8.67 | 8.67 |
| Tue (04/10) | | ID-07:14 AM | OD-03:38 PM | [410]-Psychiatrist | | | 8.40 | 8.40 |
| Wed (04/11) | | ID-08:29 AM | OD-03:51 PM | [410]-Psychiatrist | | | 7.37 | |
| Wed (04/11) | | ID-07:40 PM | OD-08:50 PM | [410]-Psychiatrist | | | 1.17 | 8.54 |
| Thu (04/12) | | ID-08:09 AM | OD-03:49 PM | [410]-Psychiatrist | | | 7.67 | 7.67 |
| Fri (04/13) | | ID-08:14 AM | OD-11:22 AM | [410]-Psychiatrist | | | 3.13 | |
| Fri (04/13) | | ID-06:30 PM | OD-08:15 PM | [410]-Psychiatrist | | | 1.75 | 4.88 |
| Sat (04/14) | | ID-08:06 AM | OD-01:25 PM | [410]-Psychiatrist | | | 5.32 | 5.32 |
| Total Units/Hours For Week: | | | | | | | 44.48 | |
| Sun (04/15) | | -- | -- | | | | | |
| Mon (04/16) | | ID-06:30 PM | OD-07:30 PM | [410]-Psychiatrist | | | 1.00 | 1.00 |
| Tue (04/17) | | ID-07:44 AM | OD-03:56 PM | [410]-Psychiatrist | | | 8.20 | 8.20 |
| Wed (04/18) | | ID-06:32 AM | OD-02:57 PM | [410]-Psychiatrist | | | 8.42 | 8.42 |
| Thu (04/19) | | ID-06:38 AM | OD-03:13 PM | [410]-Psychiatrist | | | 8.58 | 8.58 |
| Fri (04/20) | | ID-06:37 AM | OD-02:43 PM | [410]-Psychiatrist | | | 8.10 | 8.10 |
| Sat (04/21) | | ID-07:14 AM | OD-02:49 PM | [410]-Psychiatrist | | | 7.58 | 7.58 |
| Total Units/Hours For Week: | | | | | | | 41.88 | |
| Sun (04/22) | | -- | -- | | | | | |
| Mon (04/23) | | ID-06:45 AM | OD-04:15 PM | [410]-Psychiatrist | | | 9.50 | 9.50 |
| Tue (04/24) | | ID-07:00 AM | OD-03:15 PM | [410]-Psychiatrist | | | 8.25 | 8.25 |
| Wed (04/25) | | ID-07:30 AM | OD-04:00 PM | [410]-Psychiatrist | | | 8.50 | 8.50 |
| Thu (04/26) | | ID-06:30 AM | OD-04:45 PM | [410]-Psychiatrist | | | 10.25 | 10.25 |
| Fri (04/27) | | ID-07:00 AM | OD-05:10 PM | [410]-Psychiatrist | | | 10.17 | 10.17 |
| Sat (04/28) | | -- | -- | | | | | |
| Total Units/Hours For Week: | | | | | | | 46.67 | |
| Sun (04/29) | | -- | -- | | | | | |
| Mon (04/30) | | ID-07:03 AM | OD-03:41 PM | [410]-Psychiatrist | | | 8.63 | 8.63 |
| Tue (05/01) | | ID-07:13 AM | OD-03:31 PM | [410]-Psychiatrist | | | 8.30 | 8.30 |
| Wed (05/02) | | ID-07:08 AM | OD-03:22 PM | [410]-Psychiatrist | | | 8.23 | 8.23 |
| Thu (05/03) | | ID-06:08 AM | OD-03:46 PM | [410]-Psychiatrist | | | 9.63 | 9.63 |
| Fri (05/04) | | ID-07:02 AM | OD-12:03 PM | [410]-Psychiatrist | | | 5.02 | 5.02 |
| Sat (05/05) | | ID-07:48 AM | OD-01:36 PM | [410]-Psychiatrist | | | 5.80 | 5.80 |
| Total Units/Hours For Week: | | | | | | | 45.61 | |
| Sun (05/06) | | ID-08:32 AM | OD-02:57 PM | [410]-Psychiatrist | | | 6.42 | 6.42 |
| Mon (05/07) | | ID-07:29 AM | OD-04:25 PM | [410]-Psychiatrist | | | 8.93 | 8.93 |
| Tue (05/08) | | ID-07:23 AM | OD-04:56 PM | [410]-Psychiatrist | | | 9.55 | 9.55 |
| Wed (05/09) | | ID-06:50 AM | OD-03:35 PM | [410]-Psychiatrist | | | 8.75 | 8.75 |
| Thu (05/10) | | ID-07:06 AM | OD-03:08 PM | [410]-Psychiatrist | | | 8.03 | 8.03 |
| Fri (05/11) | | -- | -- | | | | | |
| Sat (05/12) | | ID-11:00 AM | OD-05:00 PM | [410]-Psychiatrist | | | 6.00 | 6.00 |
| Total Units/Hours For Week: | | | | | | | 47.68 | |
| Sun (05/13) | | -- | -- | | | | | |
| Mon (05/14) | | ID-07:37 AM | OD-05:00 PM | [410]-Psychiatrist | | | 9.38 | 9.38 |
| Tue (05/15) | | ID-07:19 AM | OD-03:26 PM | [410]-Psychiatrist | | | 8.12 | 8.12 |
| Wed (05/16) | | ID-07:37 AM | OD-03:39 PM | [410]-Psychiatrist | | | 8.03 | 8.03 |
| Thu (05/17) | | ID-07:21 AM | OD-03:09 PM | [410]-Psychiatrist | | | 7.80 | 7.80 |
| Fri (05/18) | | ID-08:49 AM | OD-05:00 PM | [410]-Psychiatrist | | | 8.18 | |
| Fri (05/18) | | ID-08:00 PM | OD-11:59 PM | [410]-Psychiatrist | | | 3.98 | 12.16 |
| Sat (05/19) | | ID-06:49 AM | OD-11:18 AM | [410]-Psychiatrist | | | 4.48 | 4.48 |
| Total Units/Hours For Week: | | | | | | | 49.97 | |
| Sun (05/20) | | -- | -- | | | | | |
| Mon (05/21) | | -- | -- | | | | | |
| Tue (05/22) | | ID-07:00 AM | OD-04:00 PM | [410]-Psychiatrist | | | 9.00 | 9.00 |
| Wed (05/23) | | ID-07:00 AM | OD-04:00 PM | [410]-Psychiatrist | | | 9.00 | 9.00 |

 paycom

**TURN KEY HEALTH CLINICS LLC**
Client: (0Z262)

**Time Detail Report**

Date Range (01/01/2018 – 05/31/2018)
Freeze Time (Unknown)
Generated (07/27/2022 12:19:49)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Thu (05/24) | | ID-07:00 AM | OD-04:00 PM | [410]-Psychiatrist | | | | 9.00 | 9.00 | |
| Fri (05/25) | | ID-07:00 AM | OD-04:00 PM | [410]-Psychiatrist | | | | 9.00 | 9.00 | |
| Sat (05/26) | | ID-07:00 AM | OD-04:00 PM | [410]-Psychiatrist | | | | 9.00 | 9.00 | |
| Total Units/Hours For Week: | | | | | | | | | 45.00 | |
| Sun (05/27) | | ID-07:00 AM | OD-04:00 PM | [410]-Psychiatrist | | | | 9.00 | 9.00 | |
| Mon (05/28) | Fixed: (N0H) | n/a | n/a | [410]-Psychiatrist | | | | 8.00 | 8.00 | |
| Tue (05/29) | | -- | -- | | | | | | | |
| Wed (05/30) | | ID-07:00 AM | OD-04:00 PM | [410]-Psychiatrist | | | | 9.00 | 9.00 | |
| Thu (05/31) | | ID-07:02 AM | OD-04:00 PM | [410]-Psychiatrist | | | | 8.97 | 8.97 | |
| Total Hours: 1022.17 | | | | | | | | | | |

| Pay Code | Allocation | TaxPrf | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Non Worked Holiday | [410] -Psychiatrist | | 16.00 | | |
| Regular | [410] -Psychiatrist | | 1006.17 | | |

Employee Signature: _____   Days Approved: _____ 0

*(JAWAUN LEWIS)*

Supervisor Signature: _____   Days Approved: _____ 0

