**TURN KEY HEALTH CLINICS LLC**
Client: (0Z262)

# Time Detail Report

Date Range (01/01/2018 - 05/31/2018)
Freeze Time (Unknown)
Generated (07/27/2022 12:19:49)

| Employee: | IRVIN, ALICIA (A07N) | Badge #: | 0532 | Trm Gp: | Supervisors |
|---|---|---|---|---|---|
| Department: | Tulsa County Jail | Current Pay Class: | Salary | | |
| Status: | Terminated | Hire Date: | 12/01/2016 | | |
| Home Allocation: | Tulsa County Jail-Psychologist | | | | |

| Date | Pay Code | IN | OUT | Allocation | Tax Profile | Missing | Dollars | Total Hrs. | Total Hrs./Day | Employee Approval | Supervisor Approval |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon (01/01) | | ID-01:00 PM | OD-04:00 PM | [410]-Psychologist | | | | 3.00 | | | |
| Mon (01/01) | Fixed: (N0H) | n/a | n/a | [410]-Psychologist | | | | 8.00 | 11.00 | | |
| Tue (01/02) | | ID-12:30 AM | OD-02:30 AM | [410]-Psychologist | | | | 2.00 | | | |
| Tue (01/02) | | ID-06:54 AM | OD-01:00 PM | [410]-Psychologist | | | | 6.10 | | | |
| Tue (01/02) | | ID-01:00 PM | OD-01:30 PM | [230]-Psychologist | | | | 0.50 | | | |
| Tue (01/02) | | ID-09:00 PM | OD-10:00 PM | [410]-Psychologist | | | | 1.00 | 9.60 | | |
| Wed (01/03) | | ID-01:20 AM | OD-02:30 AM | [410]-Psychologist | | | | 1.17 | | | |
| Wed (01/03) | | ID-08:17 AM | OD-03:03 PM | [410]-Psychologist | | | | 6.77 | | | |
| Wed (01/03) | | ID-06:00 PM | OD-07:00 PM | [410]-Psychologist | | | | 1.00 | 8.94 | | |
| Thu (01/04) | | ID-08:00 AM | OD-04:30 PM | [410]-Psychologist | | | | 8.50 | | | |
| Thu (01/04) | | ID-06:00 PM | OD-07:30 PM | [410]-Psychologist | | | | 1.50 | 10.00 | | |
| Fri (01/05) | | ID-08:38 AM | OD-03:51 PM | [410]-Psychologist | | | | 7.22 | 7.22 | | |
| Sat (01/06) | | - | - | | | | | | | | |
| **Total Units/Hours For Week:** | | | | | | | | | **46.76** | | |
| Sun (01/07) | | ID-05:00 PM | OD-08:00 PM | [410]-Psychologist | | | | 3.00 | 3.00 | | |
| Mon (01/08) | Fixed: (PTO) | n/a | n/a | [410]-Psychologist | | | | 8.00 | 8.00 | | |
| Tue (01/09) | Fixed: (PTO) | n/a | n/a | [410]-Psychologist | | | | 8.00 | 8.00 | | |
| Wed (01/10) | Fixed: (PTO) | n/a | n/a | [410]-Psychologist | | | | 8.00 | 8.00 | | |
| Thu (01/11) | | ID-06:00 PM | OD-08:00 PM | [410]-Psychologist | | | | 2.00 | 2.00 | | |
| Fri (01/12) | | ID-07:40 AM | OD-02:00 PM | [410]-Psychologist | | | | 6.33 | | | |
| Fri (01/12) | | ID-02:30 PM | OD-04:45 PM | [230]-Psychologist | | | | 2.25 | | | |
| Fri (01/12) | | ID-06:00 PM | OD-08:00 PM | [410]-Psychologist | | | | 2.00 | 10.58 | | |
| Sat (01/13) | | ID-12:00 PM | OD-04:00 PM | [410]-Psychologist | | | | 4.00 | 4.00 | | |
| **Total Units/Hours For Week:** | | | | | | | | | **43.58** | | |
| Sun (01/14) | | ID-01:00 PM | OD-05:00 PM | [410]-Psychologist | | | | 4.00 | 4.00 | | |
| Mon (01/15) | | ID-09:30 AM | OD-03:00 PM | [410]-Psychologist | | | | 5.50 | 5.50 | | |
| Tue (01/16) | | ID-08:18 AM | OD-02:58 PM | [410]-Psychologist | | | | 6.67 | 6.67 | | |
| Wed (01/17) | | - | - | | | | | | | | |
| Thu (01/18) | | ID-09:09 AM | OD-07:00 PM | [410]-Psychologist | | | | 9.85 | 9.85 | | |
| Fri (01/19) | | ID-07:01 AM | OD-06:40 PM | [410]-Psychologist | | | | 11.65 | 11.65 | | |
| Sat (01/20) | | - | - | | | | | | | | |
| **Total Units/Hours For Week:** | | | | | | | | | **37.67** | | |
| Sun (01/21) | | ID-01:00 PM | OD-05:30 PM | [410]-Psychologist | | | | 4.50 | 4.50 | | |
| Mon (01/22) | | ID-07:14 AM | OD-12:38 PM | [410]-Psychologist | | | | 5.40 | 5.40 | | |
| Tue (01/23) | | ID-08:48 AM | OD-04:45 PM | [410]-Psychologist | | | | 7.95 | 7.95 | | |
| Wed (01/24) | | ID-04:00 AM | OD-05:00 AM | [410]-Psychologist | | | | 1.00 | | | |
| Wed (01/24) | | ID-07:12 AM | OD-06:50 PM | [410]-Psychologist | | | | 11.63 | | | |
| Wed (01/24) | | ID-09:00 PM | OD-10:00 PM | [410]-Psychologist | | | | 1.00 | 13.63 | | |
| Thu (01/25) | | ID-08:56 AM | OD-03:00 PM | [410]-Psychologist | | | | 6.07 | | | |
| Thu (01/25) | | ID-03:30 PM | OD-05:30 PM | [230]-Psychologist | | | | 2.00 | | | |
| Thu (01/25) | | ID-09:00 PM | OD-10:00 PM | [410]-Psychologist | | | | 1.00 | 9.07 | | |
| Fri (01/26) | | ID-09:57 AM | OD-01:34 PM | [410]-Psychologist | | | | 3.62 | 3.62 | | |
| Sat (01/27) | | - | - | | | | | | | | |
| **Total Units/Hours For Week:** | | | | | | | | | **44.17** | | |
| Sun (01/28) | | ID-03:00 PM | OD-06:00 PM | [410]-Psychologist | | | | 3.00 | 3.00 | | |
| Mon (01/29) | | ID-07:06 AM | OD-03:10 PM | [410]-Psychologist | | | | 8.07 | | | |
| Mon (01/29) | | ID-06:00 PM | OD-08:00 PM | [410]-Psychologist | | | | 2.00 | 10.07 | | |
| Tue (01/30) | | - | - | | | | | | | | |
| Wed (01/31) | | ID-07:07 AM | OD-03:15 PM | [410]-Psychologist | | | | 8.13 | 8.13 | | |
| Thu (02/01) | | ID-07:09 AM | OD-01:30 PM | [410]-Psychologist | | | | 6.35 | | | |
| Thu (02/01) | | ID-02:00 PM | OD-04:00 PM | [230]-Psychologist | | | | 2.00 | 8.35 | | |
| Fri (02/02) | | ID-07:10 AM | OD-04:00 PM | [410]-Psychologist | | | | 8.83 | 8.83 | | |
| Sat (02/03) | | ID-02:00 PM | OD-04:00 PM | [410]-Psychologist | | | | 2.00 | 2.00 | | |
| **Total Units/Hours For Week:** | | | | | | | | | **40.38** | | |



**TURN KEY HEALTH CLINICS LLC**
**Client: (0Z262)**

# Time Detail Report

Date Range (01/01/2018 - 05/31/2018)
Freeze Time (Unknown)
Generated (07/27/2022 12:19:49)

| Day (Date) | | In | Out | Code | | | Units | Hours | |
|---|---|---|---|---|---|---|---|---|---|
| Sun (02/04) | | ID-12:00 PM | OD-04:30 PM | [410]-Psychologist | | | 4.50 | 4.50 | |
| Mon (02/05) | | ID-09:28 AM | OD-03:30 PM | [410]-Psychologist | | | 6.03 | 6.03 | |
| Tue (02/06) | | ID-07:12 AM | OD-03:30 PM | [410]-Psychologist | | | 8.30 | 8.30 | |
| Wed (02/07) | | ID-01:00 AM | OD-03:00 AM | [410]-Psychologist | | | 2.00 | | |
| Wed (02/07) | | ID-08:29 AM | OD-02:35 PM | [410]-Psychologist | | | 6.10 | 8.10 | |
| Thu (02/08) | | ID-07:15 AM | OD-01:00 PM | [410]-Psychologist | | | 5.75 | 5.75 | |
| Fri (02/09) | | ID-07:21 AM | OD-12:06 PM | [410]-Psychologist | | | 4.75 | | |
| Fri (02/09) | | ID-01:00 PM | OD-03:30 PM | [230]-Psychologist | | | 2.50 | 7.25 | |
| Sat (02/10) | | ID-04:00 AM | OD-06:00 AM | [410]-Psychologist | | | 2.00 | 2.00 | |
| **Total Units/Hours For Week:** | | | | | | | | **41.93** | |
| Sun (02/11) | | ID-06:00 AM | OD-07:00 AM | [410]-Psychologist | | | 1.00 | 1.00 | |
| Mon (02/12) | | ID-07:25 AM | OD-03:30 PM | [410]-Psychologist | | | 8.08 | 8.08 | |
| Tue (02/13) | | ID-07:13 AM | OD-03:24 PM | [410]-Psychologist | | | 8.18 | 8.18 | |
| Wed (02/14) | | ID-07:08 AM | OD-03:06 PM | [410]-Psychologist | | | 7.97 | 7.97 | |
| Thu (02/15) | | ID-07:10 AM | OD-03:13 PM | [410]-Psychologist | | | 8.05 | 8.05 | |
| Fri (02/16) | | ID-07:16 AM | OD-12:21 PM | [410]-Psychologist | | | 5.08 | | |
| Fri (02/16) | | ID-01:00 PM | OD-03:00 PM | [230]-Psychologist | | | 2.00 | 7.08 | |
| Sat (02/17) | | -- | -- | | | | | | |
| **Total Units/Hours For Week:** | | | | | | | | **40.36** | |
| Sun (02/18) | | ID-01:30 PM | OD-04:00 PM | [230]-Psychologist | | | 2.50 | 2.50 | |
| Mon (02/19) | | ID-05:00 AM | OD-06:15 AM | [410]-Psychologist | | | 1.25 | | |
| Mon (02/19) | | ID-07:14 AM | OD-02:57 PM | [410]-Psychologist | | | 7.72 | 8.97 | |
| Tue (02/20) | | ID-07:07 AM | OD-10:42 AM | [410]-Psychologist | | | 3.58 | | |
| Tue (02/20) | | ID-09:00 PM | OD-11:00 PM | [410]-Psychologist | | | 2.00 | 5.58 | |
| Wed (02/21) | | ID-06:00 AM | OD-07:00 AM | [410]-Psychologist | | | 1.00 | | |
| Wed (02/21) | | ID-08:10 AM | OD-02:47 PM | [410]-Psychologist | | | 6.62 | | |
| Wed (02/21) | | ID-09:59 PM | OD-11:59 PM | [410]-Psychologist | | | 2.00 | 9.62 | |
| Thu (02/22) | | ID-01:30 PM | OD-05:30 PM | [410]-Psychologist | | | 4.00 | 4.00 | |
| Fri (02/23) | | ID-07:08 AM | OD-01:06 PM | [410]-Psychologist | | | 5.97 | 5.97 | |
| Sat (02/24) | | ID-01:00 AM | OD-03:00 AM | [410]-Psychologist | | | 2.00 | | |
| Sat (02/24) | | ID-05:00 PM | OD-07:00 PM | [410]-Psychologist | | | 2.00 | 4.00 | |
| **Total Units/Hours For Week:** | | | | | | | | **40.64** | |
| Sun (02/25) | | ID-04:00 AM | OD-06:00 AM | [410]-Psychologist | | | 2.00 | 2.00 | |
| Mon (02/26) | | ID-07:21 AM | OD-02:52 PM | [410]-Psychologist | | | 7.52 | 7.52 | |
| Tue (02/27) | | ID-07:20 AM | OD-06:54 PM | [410]-Psychologist | | | 11.57 | 11.57 | |
| Wed (02/28) | | ID-10:17 AM | OD-03:03 PM | [410]-Psychologist | | | 4.77 | 4.77 | |
| Thu (03/01) | | ID-07:30 AM | OD-03:55 PM | [410]-Psychologist | | | 8.42 | 8.42 | |
| Fri (03/02) | | ID-07:19 AM | OD-01:30 PM | [410]-Psychologist | | | 6.18 | | |
| Fri (03/02) | | ID-02:00 PM | OD-04:00 PM | [230]-Psychologist | | | 2.00 | 8.18 | |
| Sat (03/03) | | ID-03:00 AM | OD-05:00 AM | [410]-Psychologist | | | 2.00 | 2.00 | |
| **Total Units/Hours For Week:** | | | | | | | | **44.46** | |
| Sun (03/04) | | -- | -- | | | | | | |
| Mon (03/05) | | ID-07:37 AM | OD-02:14 PM | [410]-Psychologist | | | 6.62 | 6.62 | |
| Tue (03/06) | | ID-06:30 AM | OD-05:30 PM | [410]-Psychologist | | | 11.00 | 11.00 | |
| Wed (03/07) | | ID-04:00 AM | OD-05:00 AM | [410]-Psychologist | | | 1.00 | | |
| Wed (03/07) | | ID-08:19 AM | OD-02:55 PM | [410]-Psychologist | | | 6.60 | 7.60 | |
| Thu (03/08) | | ID-07:51 AM | OD-04:24 PM | [410]-Psychologist | | | 8.55 | | |
| Thu (03/08) | | ID-07:00 PM | OD-08:00 PM | [410]-Psychologist | | | 1.00 | | |
| Thu (03/08) | | ID-10:00 PM | OD-11:00 PM | [410]-Psychologist | | | 1.00 | 10.55 | |
| Fri (03/09) | | ID-08:00 AM | OD-01:30 PM | [410]-Psychologist | | | 5.50 | | |
| Fri (03/09) | | ID-02:00 PM | OD-04:30 PM | [230]-Psychologist | | | 2.50 | | |
| Fri (03/09) | | ID-10:00 PM | OD-11:00 PM | [410]-Psychologist | | | 1.00 | 9.00 | |
| Sat (03/10) | | -- | -- | | | | | | |
| **Total Units/Hours For Week:** | | | | | | | | **44.77** | |
| Sun (03/11) | | ID-08:30 PM | OD-10:00 PM | [410]-Psychologist | | | 1.50 | 1.50 | |
| Mon (03/12) | | ID-07:30 AM | OD-02:43 PM | [410]-Psychologist | | | 7.22 | 7.22 | |
| Tue (03/13) | | ID-08:46 AM | OD-04:03 PM | [410]-Psychologist | | | 7.28 | 7.28 | |
| Wed (03/14) | | ID-07:00 AM | OD-02:54 PM | [410]-Psychologist | | | 7.90 | 7.90 | |
| Thu (03/15) | | ID-08:34 AM | OD-03:45 PM | [410]-Psychologist | | | 7.18 | 7.18 | |
| Fri (03/16) | | ID-08:00 AM | OD-10:30 AM | [230]-Psychologist | | | 2.50 | | |
| Fri (03/16) | | ID-11:00 AM | OD-03:45 PM | [410]-Psychologist | | | 4.75 | 7.25 | |
| Sat (03/17) | | -- | -- | | | | | | |
| **Total Units/Hours For Week:** | | | | | | | | **38.33** | |
| Sun (03/18) | | -- | -- | | | | | | |
| Mon (03/19) | | | ID-10:00 PM | OD-01:00 AM | [410]-Psychologist | | | 3.00 | | |
| Mon (03/19) | Fixed: (PTO) | n/a | n/a | [410]-Psychologist | | | 8.00 | 11.00 | |
| Tue (03/20) | | ID-07:00 PM | OD-09:00 PM | [410]-Psychologist | | | 2.00 | | |
| Tue (03/20) | Fixed: (PTO) | n/a | n/a | [410]-Psychologist | | | 4.76 | 6.76 | |



**TURN KEY HEALTH CLINICS LLC**
Client: (0Z262)

# Time Detail Report

Date Range (01/01/2018 - 05/31/2018)
Freeze Time (Unknown)
Generated (07/27/2022 12:19:49)

| Day (Date) | ID | OD | Code | Hours | Total |
|---|---|---|---|---|---|
| Wed (03/21) | ID-07:01 AM | OD-03:03 PM | [410]-Psychologist | 8.03 | |
| Wed (03/21) | ID-05:00 PM | OD-08:00 PM | [410]-Psychologist | 3.00 | 11.03 |
| Thu (03/22) | -- | -- | | | |
| Fri (03/23) | ID-06:59 AM | OD-01:00 PM | [410]-Psychologist | 6.02 | |
| Fri (03/23) | ID-01:30 PM | OD-04:00 PM | [230]-Psychologist | 2.50 | 8.52 |
| Sat (03/24) | -- | -- | | | |
| **Total Units/Hours For Week:** | | | | | **37.31** |
| Sun (03/25) | ID-02:00 PM | OD-04:30 PM | [410]-Psychologist | 2.50 | 2.50 |
| Mon (03/26) | -- | -- | | | |
| Tue (03/27) | -- | -- | | | |
| Wed (03/28) | ID-07:01 AM | OD-02:49 PM | [410]-Psychologist | 7.80 | |
| Wed (03/28) | ID-05:30 PM | OD-08:30 PM | [410]-Psychologist | 3.00 | 10.80 |
| Thu (03/29) | ID-07:20 AM | OD-03:20 PM | [410]-Psychologist | 8.00 | |
| Thu (03/29) | ID-07:00 PM | OD-10:10 PM | [410]-Psychologist | 3.17 | 11.17 |
| Fri (03/30) | ID-07:17 AM | OD-02:00 PM | [410]-Psychologist | 6.72 | |
| Fri (03/30) | ID-02:30 PM | OD-05:00 PM | [230]-Psychologist | 2.50 | |
| Fri (03/30) | ID-08:00 PM | OD-01:00 AM | [410]-Psychologist | 5.00 | 14.22 |
| Sat (03/31) | ID-09:00 AM | OD-01:00 PM | [410]-Psychologist | 4.00 | 4.00 |
| **Total Units/Hours For Week:** | | | | | **42.69** |
| Sun (04/01) | -- | -- | | | |
| Mon (04/02) | ID-07:00 AM | OD-02:06 PM | [410]-Psychologist | 7.10 | 7.10 |
| Tue (04/03) | ID-07:24 AM | OD-03:20 PM | [410]-Psychologist | 7.93 | 7.93 |
| Wed (04/04) | ID-07:00 AM | OD-02:12 PM | [410]-Psychologist | 7.20 | 7.20 |
| Thu (04/05) | ID-07:32 AM | OD-12:30 PM | [410]-Psychologist | 4.97 | |
| Thu (04/05) | ID-10:00 PM | OD-02:00 AM | [410]-Psychologist | 4.00 | 8.97 |
| Fri (04/06) | ID-07:00 AM | OD-02:25 PM | [410]-Psychologist | 7.42 | 7.42 |
| Sat (04/07) | ID-10:00 AM | OD-02:00 PM | [410]-Psychologist | 4.00 | 4.00 |
| **Total Units/Hours For Week:** | | | | | **42.62** |
| Sun (04/08) | ID-10:00 AM | OD-01:00 PM | [410]-Psychologist | 3.00 | 3.00 |
| Mon (04/09) | ID-07:46 AM | OD-02:53 PM | [410]-Psychologist | 7.12 | 7.12 |
| Tue (04/10) | -- | -- | | | |
| Wed (04/11) | ID-07:27 AM | OD-03:30 PM | [410]-Psychologist | 8.05 | |
| Wed (04/11) | ID-07:00 PM | OD-10:00 PM | [410]-Psychologist | 3.00 | 11.05 |
| Thu (04/12) | ID-08:50 AM | OD-05:00 PM | [410]-Psychologist | 8.17 | 8.17 |
| Fri (04/13) | ID-07:09 AM | OD-04:00 PM | [410]-Psychologist | 8.85 | 8.85 |
| Sat (04/14) | ID-01:00 PM | OD-04:00 PM | [410]-Psychologist | 3.00 | 3.00 |
| **Total Units/Hours For Week:** | | | | | **41.19** |
| Sun (04/15) | ID-02:00 PM | OD-04:30 PM | [410]-Psychologist | 2.50 | 2.50 |
| Mon (04/16) | ID-07:31 AM | OD-03:40 PM | [410]-Psychologist | 8.15 | 8.15 |
| Tue (04/17) | ID-04:00 AM | OD-06:00 AM | [410]-Psychologist | 2.00 | |
| Tue (04/17) | ID-07:30 AM | OD-12:30 PM | [410]-Psychologist | 5.00 | 7.00 |
| Wed (04/18) | ID-07:27 AM | OD-02:19 PM | [410]-Psychologist | 6.87 | 6.87 |
| Thu (04/19) | ID-03:00 AM | OD-06:30 AM | [410]-Psychologist | 3.50 | |
| Thu (04/19) | ID-09:17 AM | OD-11:29 AM | [410]-Psychologist | 2.20 | |
| Thu (04/19) | ID-08:00 PM | OD-09:30 PM | [410]-Psychologist | 1.50 | 7.20 |
| Fri (04/20) | ID-07:00 AM | OD-05:00 PM | [410]-Psychologist | 10.00 | 10.00 |
| Sat (04/21) | ID-02:00 PM | OD-04:00 PM | [410]-Psychologist | 2.00 | 2.00 |
| **Total Units/Hours For Week:** | | | | | **43.72** |
| Sun (04/22) | ID-12:00 PM | OD-02:00 PM | [410]-Psychologist | 2.00 | |
| Sun (04/22) | ID-11:00 PM | OD-12:00 AM | [410]-Psychologist | 1.00 | 3.00 |
| Mon (04/23) | ID-09:46 AM | OD-02:49 PM | [410]-Psychologist | 5.05 | |
| Mon (04/23) | ID-11:00 PM | OD-01:00 AM | [410]-Psychologist | 2.00 | 7.05 |
| Tue (04/24) | ID-07:30 AM | OD-03:33 PM | [410]-Psychologist | 8.05 | |
| Tue (04/24) | ID-08:00 PM | OD-10:00 PM | [410]-Psychologist | 2.00 | 10.05 |
| Wed (04/25) | ID-08:02 AM | OD-03:18 PM | [410]-Psychologist | 7.27 | 7.27 |
| Thu (04/26) | ID-08:23 AM | OD-06:00 PM | [410]-Psychologist | 9.62 | 9.62 |
| Fri (04/27) | ID-08:00 AM | OD-01:53 PM | [410]-Psychologist | 5.88 | 5.88 |
| Sat (04/28) | -- | -- | | | |
| **Total Units/Hours For Week:** | | | | | **42.87** |
| Sun (04/29) | ID-09:00 AM | OD-12:10 PM | [410]-Psychologist | 3.17 | 3.17 |
| Mon (04/30) | ID-02:00 PM | OD-05:00 PM | [410]-Psychologist | 3.00 | 3.00 |
| Tue (05/01) | ID-07:30 AM | OD-03:34 PM | [410]-Psychologist | 8.07 | |
| Tue (05/01) | ID-06:00 PM | OD-09:00 PM | [410]-Psychologist | 3.00 | 11.07 |
| Wed (05/02) | ID-03:00 AM | OD-05:00 AM | [410]-Psychologist | 2.00 | |
| Wed (05/02) | ID-08:24 AM | OD-05:00 PM | [410]-Psychologist | 8.60 | 10.60 |
| Thu (05/03) | ID-08:45 AM | OD-05:00 PM | [410]-Psychologist | 8.25 | |
| Thu (05/03) | ID-08:00 PM | OD-11:00 PM | [410]-Psychologist | 3.00 | 11.25 |
| Fri (05/04) | ID-09:47 AM | OD-06:00 PM | [410]-Psychologist | 8.22 | 8.22 |



**TURN KEY HEALTH CLINICS LLC**
Client: (0Z262)

# Time Detail Report

Date Range (01/01/2018 - 05/31/2018)
Freeze Time (Unknown)
Generated (07/27/2022 12:19:49)

| Day | Fixed | In | Out | Allocation | | | | Hours | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sat (05/05) | | ID-02:00 AM | OD-04:30 AM | [410]-Psychologist | | | | 2.50 | 2.50 | |
| **Total Units/Hours For Week:** | | | | | | | | | 49.81 | |
| Sun (05/06) | | -- | -- | | | | | | | |
| Mon (05/07) | Fixed: (PTO) | n/a | n/a | [410]-Psychologist | | | | 8.00 | 8.00 | |
| Tue (05/08) | Fixed: (PTO) | n/a | n/a | [410]-Psychologist | | | | 8.00 | 8.00 | |
| Wed (05/09) | Fixed: (PTO) | n/a | n/a | [410]-Psychologist | | | | 8.00 | 8.00 | |
| Thu (05/10) | | ID-08:33 AM | OD-04:38 PM | [410]-Psychologist | | | | 8.08 | 8.08 | |
| Fri (05/11) | | ID-07:18 AM | OD-05:30 PM | [410]-Psychologist | | | | 10.20 | 10.20 | |
| Sat (05/12) | | -- | -- | | | | | | | |
| **Total Units/Hours For Week:** | | | | | | | | | 42.28 | |
| Sun (05/13) | | ID-07:07 AM | OD-06:36 PM | [410]-Psychologist | | | | 11.48 | 11.48 | |
| Mon (05/14) | | ID-10:49 AM | OD-06:35 PM | [410]-Psychologist | | | | 7.77 | 7.77 | |
| Tue (05/15) | | ID-10:34 AM | OD-05:01 PM | [410]-Psychologist | | | | 6.45 | 6.45 | |
| Wed (05/16) | | ID-02:00 AM | OD-04:00 AM | [410]-Psychologist | | | | 2.00 | | |
| Wed (05/16) | | ID-08:00 AM | OD-01:43 PM | [410]-Psychologist | | | | 5.72 | 7.72 | |
| Thu (05/17) | | ID-08:34 AM | OD-04:30 PM | [410]-Psychologist | | | | 7.93 | | |
| Thu (05/17) | | ID-05:00 PM | OD-07:00 PM | [410]-Psychologist | | | | 2.00 | 9.93 | |
| Fri (05/18) | | ID-09:00 PM | OD-11:00 PM | [410]-Psychologist | | | | 2.00 | 2.00 | |
| Sat (05/19) | | ID-04:00 PM | OD-11:00 PM | [410]-Psychologist | | | | 7.00 | 7.00 | |
| **Total Units/Hours For Week:** | | | | | | | | | 52.35 | |
| Sun (05/20) | | ID-10:00 AM | OD-01:00 PM | [410]-Psychologist | | | | 3.00 | 3.00 | |
| Mon (05/21) | | ID-12:30 AM | OD-04:00 AM | [410]-Psychologist | | | | 3.50 | | |
| Mon (05/21) | | ID-08:13 AM | OD-04:30 PM | [410]-Psychologist | | | | 8.28 | | |
| Mon (05/21) | | ID-09:00 PM | OD-10:00 PM | [410]-Psychologist | | | | 1.00 | 12.78 | |
| Tue (05/22) | | ID-08:00 AM | OD-03:54 PM | [410]-Psychologist | | | | 7.90 | 7.90 | |
| Wed (05/23) | | ID-09:30 AM | OD-02:16 PM | [410]-Psychologist | | | | 4.77 | | |
| Wed (05/23) | | ID-11:00 PM | OD-01:00 AM | [410]-Psychologist | | | | 2.00 | 6.77 | |
| Thu (05/24) | | ID-10:00 AM | OD-02:00 PM | [410]-Psychologist | | | | 4.00 | 4.00 | |
| Fri (05/25) | | ID-07:17 AM | OD-05:00 PM | [410]-Psychologist | | | | 9.72 | 9.72 | |
| Sat (05/26) | | -- | -- | | | | | | | |
| **Total Units/Hours For Week:** | | | | | | | | | 44.17 | |
| Sun (05/27) | | -- | -- | | | | | | | |
| Mon (05/28) | | ID-07:00 AM | OD-10:30 AM | [410]-Psychologist | | | | 3.50 | | |
| Mon (05/28) | Fixed: (N0H) | n/a | n/a | [410]-Psychologist | | | | 8.00 | 11.50 | |
| Tue (05/29) | | ID-07:06 AM | OD-11:24 AM | [410]-Psychologist | | | | 4.30 | 4.30 | |
| Wed (05/30) | | ID-07:00 PM | OD-09:00 PM | [410]-Psychologist | | | | 2.00 | 2.00 | |
| Thu (05/31) | | ID-08:12 AM | OD-05:00 PM | [410]-Psychologist | | | | 8.80 | | |
| Thu (05/31) | | ID-10:00 PM | OD-02:00 AM | [410]-Psychologist | | | | 4.00 | 12.80 | |
| **Total Hours: 932.66** | | | | | | | | | | |

| Pay Code | Allocation | TaxPrf | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Non Worked Holiday | [410] -Psychologist | | 16.00 | | |
| Regular | [410] -Psychologist | | 830.15 | | |
| Regular | [230] -Psychologist | | 25.75 | | |
| Paid Time Off | [410] -Psychologist | | 60.76 | | |

Employee Signature: _____     Days Approved: 0

(ALICIA IRVIN)

Supervisor Signature: _____     Days Approved: 0

