| EECode | Lastname | Firstname | Badge | InPunchTime | OutPunchTime | Allocation | EarnHours | Month | Days Worked | Hours Worked | Average Hours per Week |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A07N | IRVIN | ALICIA | 0532 | 2018-01-01 1:00 PM | 2018-01-01 4:00 PM | Tulsa County Jail-Psychologist | 3 | January | 23 | 156.63 | 35.36806452 |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-02 12:30 AM | 2018-01-02 2:30 AM | Tulsa County Jail-Psychologist | 2 | February | 26 | 158.97 | 39.7425 |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-02 6:54 AM | 2018-01-02 1:00 PM | Tulsa County Jail-Psychologist | 6.1 | March | 23 | 156.94 | 35.43806452 |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-02 9:00 PM | 2018-01-02 10:00 PM | Tulsa County Jail-Psychologist | 1 | April | 27 | 176.57 | 41.19966667 |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-03 1:20 AM | 2018-01-03 2:30 AM | Tulsa County Jail-Psychologist | 1.17 | May | 24 | 181.04 | 40.88 |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-03 8:17 AM | 2018-01-03 3:03 PM | Tulsa County Jail-Psychologist | 6.77 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-03 6:00 PM | 2018-01-03 7:00 PM | Tulsa County Jail-Psychologist | 1 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-04 8:00 AM | 2018-01-04 4:30 PM | Tulsa County Jail-Psychologist | 8.5 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-04 6:00 PM | 2018-01-04 7:30 PM | Tulsa County Jail-Psychologist | 1.5 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-05 8:38 AM | 2018-01-05 3:51 PM | Tulsa County Jail-Psychologist | 7.22 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-07 5:00 PM | 2018-01-07 8:00 PM | Tulsa County Jail-Psychologist | 3 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-11 6:00 PM | 2018-01-11 8:00 PM | Tulsa County Jail-Psychologist | 2 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-12 7:40 AM | 2018-01-12 2:00 PM | Tulsa County Jail-Psychologist | 6.33 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-12 6:00 PM | 2018-01-12 8:00 PM | Tulsa County Jail-Psychologist | 2 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-13 12:00 PM | 2018-01-13 4:00 PM | Tulsa County Jail-Psychologist | 4 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-14 1:00 PM | 2018-01-14 5:00 PM | Tulsa County Jail-Psychologist | 4 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-15 9:30 AM | 2018-01-15 3:00 PM | Tulsa County Jail-Psychologist | 5.5 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-16 8:18 AM | 2018-01-16 2:58 PM | Tulsa County Jail-Psychologist | 6.67 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-18 9:09 AM | 2018-01-18 7:00 PM | Tulsa County Jail-Psychologist | 9.85 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-19 7:01 AM | 2018-01-19 6:40 PM | Tulsa County Jail-Psychologist | 11.65 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-21 1:00 PM | 2018-01-21 5:30 PM | Tulsa County Jail-Psychologist | 4.5 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-22 7:14 AM | 2018-01-22 12:38 PM | Tulsa County Jail-Psychologist | 5.4 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-23 8:48 AM | 2018-01-23 4:45 PM | Tulsa County Jail-Psychologist | 7.95 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-24 4:00 AM | 2018-01-24 5:00 AM | Tulsa County Jail-Psychologist | 1 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-24 7:12 AM | 2018-01-24 6:50 PM | Tulsa County Jail-Psychologist | 11.63 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-24 9:00 PM | 2018-01-24 10:00 PM | Tulsa County Jail-Psychologist | 1 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-25 8:56 AM | 2018-01-25 3:00 PM | Tulsa County Jail-Psychologist | 6.07 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-25 9:00 PM | 2018-01-25 10:00 PM | Tulsa County Jail-Psychologist | 1 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-26 9:57 AM | 2018-01-26 1:34 PM | Tulsa County Jail-Psychologist | 3.62 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-28 3:00 PM | 2018-01-28 6:00 PM | Tulsa County Jail-Psychologist | 3 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-29 7:06 AM | 2018-01-29 3:10 PM | Tulsa County Jail-Psychologist | 8.07 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-29 6:00 PM | 2018-01-29 8:00 PM | Tulsa County Jail-Psychologist | 2 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-01-31 7:07 AM | 2018-01-31 3:15 PM | Tulsa County Jail-Psychologist | 8.13 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-01 7:09 AM | 2018-02-01 1:30 PM | Tulsa County Jail-Psychologist | 6.35 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-02 7:10 AM | 2018-02-02 4:00 PM | Tulsa County Jail-Psychologist | 8.83 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-03 2:00 PM | 2018-02-03 4:00 PM | Tulsa County Jail-Psychologist | 2 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-04 12:00 PM | 2018-02-04 4:30 PM | Tulsa County Jail-Psychologist | 4.5 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-05 9:28 AM | 2018-02-05 3:30 PM | Tulsa County Jail-Psychologist | 6.03 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-06 7:12 AM | 2018-02-06 3:30 PM | Tulsa County Jail-Psychologist | 8.3 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-07 1:00 AM | 2018-02-07 3:00 AM | Tulsa County Jail-Psychologist | 2 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-07 8:29 AM | 2018-02-07 2:35 PM | Tulsa County Jail-Psychologist | 6.1 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-08 7:15 AM | 2018-02-08 1:00 PM | Tulsa County Jail-Psychologist | 5.75 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-09 7:21 AM | 2018-02-09 12:06 PM | Tulsa County Jail-Psychologist | 4.75 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-10 4:00 AM | 2018-02-10 6:00 AM | Tulsa County Jail-Psychologist | 2 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-11 6:00 AM | 2018-02-11 7:00 AM | Tulsa County Jail-Psychologist | 1 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-12 7:25 AM | 2018-02-12 3:30 PM | Tulsa County Jail-Psychologist | 8.08 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-13 7:13 AM | 2018-02-13 3:24 PM | Tulsa County Jail-Psychologist | 8.18 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-14 7:08 AM | 2018-02-14 3:06 PM | Tulsa County Jail-Psychologist | 7.97 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-15 7:10 AM | 2018-02-15 3:13 PM | Tulsa County Jail-Psychologist | 8.05 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-16 7:16 AM | 2018-02-16 12:21 PM | Tulsa County Jail-Psychologist | 5.08 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-19 5:00 AM | 2018-02-19 6:15 AM | Tulsa County Jail-Psychologist | 1.25 | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-19 7:14 AM | 2018-02-19 2:57 PM | Tulsa County Jail-Psychologist | 7.72 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A07N | IRVIN | ALICIA | 0532 | 2018-02-20 7:07 AM | 2018-02-20 10:42 AM | Tulsa County Jail-Psychologist | 3.58 |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-20 9:00 PM | 2018-02-20 11:00 PM | Tulsa County Jail-Psychologist | 2 |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-21 6:00 AM | 2018-02-21 7:00 AM | Tulsa County Jail-Psychologist | 1 |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-21 8:10 AM | 2018-02-21 2:47 PM | Tulsa County Jail-Psychologist | 6.62 |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-21 9:59 PM | 2018-02-21 11:59 PM | Tulsa County Jail-Psychologist | 2 |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-22 1:30 PM | 2018-02-22 5:30 PM | Tulsa County Jail-Psychologist | 4 |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-23 7:08 AM | 2018-02-23 1:06 PM | Tulsa County Jail-Psychologist | 5.97 |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-24 1:00 AM | 2018-02-24 3:00 AM | Tulsa County Jail-Psychologist | 2 |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-24 5:00 PM | 2018-02-24 7:00 PM | Tulsa County Jail-Psychologist | 2 |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-25 4:00 AM | 2018-02-25 6:00 AM | Tulsa County Jail-Psychologist | 2 |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-26 7:21 AM | 2018-02-26 2:52 PM | Tulsa County Jail-Psychologist | 7.52 |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-27 7:20 AM | 2018-02-27 6:54 PM | Tulsa County Jail-Psychologist | 11.57 |
| A07N | IRVIN | ALICIA | 0532 | 2018-02-28 10:17 AM | 2018-02-28 3:03 PM | Tulsa County Jail-Psychologist | 4.77 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-01 7:30 AM | 2018-03-01 3:55 PM | Tulsa County Jail-Psychologist | 8.42 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-02 7:19 AM | 2018-03-02 1:30 PM | Tulsa County Jail-Psychologist | 6.18 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-03 3:00 AM | 2018-03-03 5:00 AM | Tulsa County Jail-Psychologist | 2 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-05 7:37 AM | 2018-03-05 2:14 PM | Tulsa County Jail-Psychologist | 6.62 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-06 6:30 AM | 2018-03-06 5:30 PM | Tulsa County Jail-Psychologist | 11 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-07 4:00 AM | 2018-03-07 5:00 AM | Tulsa County Jail-Psychologist | 1 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-07 8:19 AM | 2018-03-07 2:55 PM | Tulsa County Jail-Psychologist | 6.6 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-08 7:51 AM | 2018-03-08 4:24 PM | Tulsa County Jail-Psychologist | 8.55 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-08 7:00 PM | 2018-03-08 8:00 PM | Tulsa County Jail-Psychologist | 1 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-08 10:00 PM | 2018-03-08 11:00 PM | Tulsa County Jail-Psychologist | 1 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-09 8:00 AM | 2018-03-09 1:30 PM | Tulsa County Jail-Psychologist | 5.5 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-09 10:00 PM | 2018-03-09 11:00 PM | Tulsa County Jail-Psychologist | 1 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-11 8:30 PM | 2018-03-11 10:00 PM | Tulsa County Jail-Psychologist | 1.5 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-12 7:30 AM | 2018-03-12 2:43 PM | Tulsa County Jail-Psychologist | 7.22 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-13 8:46 AM | 2018-03-13 4:03 PM | Tulsa County Jail-Psychologist | 7.28 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-14 7:00 AM | 2018-03-14 2:54 PM | Tulsa County Jail-Psychologist | 7.9 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-15 8:34 AM | 2018-03-15 3:45 PM | Tulsa County Jail-Psychologist | 7.18 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-16 11:00 AM | 2018-03-16 3:45 PM | Tulsa County Jail-Psychologist | 4.75 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-19 10:00 PM | 2018-03-20 1:00 AM | Tulsa County Jail-Psychologist | 3 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-20 7:00 PM | 2018-03-20 9:00 PM | Tulsa County Jail-Psychologist | 2 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-21 7:01 AM | 2018-03-21 3:03 PM | Tulsa County Jail-Psychologist | 8.03 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-21 5:00 PM | 2018-03-21 8:00 PM | Tulsa County Jail-Psychologist | 3 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-23 6:59 AM | 2018-03-23 1:00 PM | Tulsa County Jail-Psychologist | 6.02 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-25 2:00 PM | 2018-03-25 4:30 PM | Tulsa County Jail-Psychologist | 2.5 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-28 7:01 AM | 2018-03-28 2:49 PM | Tulsa County Jail-Psychologist | 7.8 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-28 5:30 PM | 2018-03-28 8:30 PM | Tulsa County Jail-Psychologist | 3 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-29 7:20 AM | 2018-03-29 3:20 PM | Tulsa County Jail-Psychologist | 8 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-29 7:00 PM | 2018-03-29 10:10 PM | Tulsa County Jail-Psychologist | 3.17 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-30 7:17 AM | 2018-03-30 2:00 PM | Tulsa County Jail-Psychologist | 6.72 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-30 8:00 PM | 2018-03-31 1:00 AM | Tulsa County Jail-Psychologist | 5 |
| A07N | IRVIN | ALICIA | 0532 | 2018-03-31 9:00 AM | 2018-03-31 1:00 PM | Tulsa County Jail-Psychologist | 4 |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-02 7:00 AM | 2018-04-02 2:06 PM | Tulsa County Jail-Psychologist | 7.1 |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-03 7:24 AM | 2018-04-03 3:20 PM | Tulsa County Jail-Psychologist | 7.93 |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-04 7:00 AM | 2018-04-04 2:12 PM | Tulsa County Jail-Psychologist | 7.2 |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-05 7:32 AM | 2018-04-05 12:30 PM | Tulsa County Jail-Psychologist | 4.97 |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-05 10:00 PM | 2018-04-06 2:00 AM | Tulsa County Jail-Psychologist | 4 |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-06 7:00 AM | 2018-04-06 2:25 PM | Tulsa County Jail-Psychologist | 7.42 |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-07 10:00 AM | 2018-04-07 2:00 PM | Tulsa County Jail-Psychologist | 4 |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-08 10:00 AM | 2018-04-08 1:00 PM | Tulsa County Jail-Psychologist | 3 |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-09 7:46 AM | 2018-04-09 2:53 PM | Tulsa County Jail-Psychologist | 7.12 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A07N | IRVIN | ALICIA | 0532 | 2018-04-11 7:27 AM | 2018-04-11 3:30 PM | Tulsa County Jail-Psychologist | 8.05 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-11 7:00 PM | 2018-04-11 10:00 PM | Tulsa County Jail-Psychologist | 3 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-12 8:50 AM | 2018-04-12 5:00 PM | Tulsa County Jail-Psychologist | 8.17 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-13 7:09 AM | 2018-04-13 4:00 PM | Tulsa County Jail-Psychologist | 8.85 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-14 1:00 PM | 2018-04-14 4:00 PM | Tulsa County Jail-Psychologist | 3 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-15 2:00 PM | 2018-04-15 4:30 PM | Tulsa County Jail-Psychologist | 2.5 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-16 7:31 AM | 2018-04-16 3:40 PM | Tulsa County Jail-Psychologist | 8.15 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-17 4:00 AM | 2018-04-17 6:00 AM | Tulsa County Jail-Psychologist | 2 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-17 7:30 AM | 2018-04-17 12:30 PM | Tulsa County Jail-Psychologist | 5 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-18 7:27 AM | 2018-04-18 2:19 PM | Tulsa County Jail-Psychologist | 6.87 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-19 3:00 AM | 2018-04-19 6:30 AM | Tulsa County Jail-Psychologist | 3.5 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-19 9:17 AM | 2018-04-19 11:29 AM | Tulsa County Jail-Psychologist | 2.2 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-19 8:00 PM | 2018-04-19 9:30 PM | Tulsa County Jail-Psychologist | 1.5 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-20 7:00 AM | 2018-04-20 5:00 PM | Tulsa County Jail-Psychologist | 10 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-21 2:00 PM | 2018-04-21 4:00 PM | Tulsa County Jail-Psychologist | 2 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-22 12:00 PM | 2018-04-22 2:00 PM | Tulsa County Jail-Psychologist | 2 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-22 11:00 PM | 2018-04-23 12:00 AM | Tulsa County Jail-Psychologist | 1 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-23 9:46 AM | 2018-04-23 2:49 PM | Tulsa County Jail-Psychologist | 5.05 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-23 11:00 PM | 2018-04-24 1:00 AM | Tulsa County Jail-Psychologist | 2 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-24 7:30 AM | 2018-04-24 3:33 PM | Tulsa County Jail-Psychologist | 8.05 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-24 8:00 PM | 2018-04-24 10:00 PM | Tulsa County Jail-Psychologist | 2 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-25 8:02 AM | 2018-04-25 3:18 PM | Tulsa County Jail-Psychologist | 7.27 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-26 8:23 AM | 2018-04-26 6:00 PM | Tulsa County Jail-Psychologist | 9.62 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-27 8:00 AM | 2018-04-27 1:53 PM | Tulsa County Jail-Psychologist | 5.88 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-29 9:00 AM | 2018-04-29 12:10 PM | Tulsa County Jail-Psychologist | 3.17 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-04-30 2:00 PM | 2018-04-30 5:00 PM | Tulsa County Jail-Psychologist | 3 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-01 7:30 AM | 2018-05-01 3:34 PM | Tulsa County Jail-Psychologist | 8.07 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-01 6:00 PM | 2018-05-01 9:00 PM | Tulsa County Jail-Psychologist | 3 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-02 3:00 AM | 2018-05-02 5:00 AM | Tulsa County Jail-Psychologist | 2 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-02 8:24 AM | 2018-05-02 5:00 PM | Tulsa County Jail-Psychologist | 8.6 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-03 8:45 AM | 2018-05-03 5:00 PM | Tulsa County Jail-Psychologist | 8.25 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-03 8:00 PM | 2018-05-03 11:00 PM | Tulsa County Jail-Psychologist | 3 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-04 9:47 AM | 2018-05-04 6:00 PM | Tulsa County Jail-Psychologist | 8.22 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-05 2:00 AM | 2018-05-05 4:30 AM | Tulsa County Jail-Psychologist | 2.5 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-10 8:33 AM | 2018-05-10 4:38 PM | Tulsa County Jail-Psychologist | 8.08 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-11 7:18 AM | 2018-05-11 5:30 PM | Tulsa County Jail-Psychologist | 10.2 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-13 7:07 AM | 2018-05-13 6:36 PM | Tulsa County Jail-Psychologist | 11.48 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-14 10:49 AM | 2018-05-14 6:35 PM | Tulsa County Jail-Psychologist | 7.77 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-15 10:34 AM | 2018-05-15 5:01 PM | Tulsa County Jail-Psychologist | 6.45 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-16 2:00 AM | 2018-05-16 4:00 AM | Tulsa County Jail-Psychologist | 2 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-16 8:00 AM | 2018-05-16 1:43 PM | Tulsa County Jail-Psychologist | 5.72 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-17 8:34 AM | 2018-05-17 4:30 PM | Tulsa County Jail-Psychologist | 7.93 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-17 5:00 PM | 2018-05-17 7:00 PM | Tulsa County Jail-Psychologist | 2 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-18 9:00 PM | 2018-05-18 11:00 PM | Tulsa County Jail-Psychologist | 2 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-19 4:00 PM | 2018-05-19 11:00 PM | Tulsa County Jail-Psychologist | 7 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-20 10:00 AM | 2018-05-20 1:00 PM | Tulsa County Jail-Psychologist | 3 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-21 12:30 AM | 2018-05-21 4:00 AM | Tulsa County Jail-Psychologist | 3.5 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-21 8:13 AM | 2018-05-21 4:30 PM | Tulsa County Jail-Psychologist | 8.28 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-21 9:00 PM | 2018-05-21 10:00 PM | Tulsa County Jail-Psychologist | 1 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-22 8:00 AM | 2018-05-22 3:54 PM | Tulsa County Jail-Psychologist | 7.9 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-23 9:30 AM | 2018-05-23 2:16 PM | Tulsa County Jail-Psychologist | 4.77 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-23 11:00 PM | 2018-05-24 1:00 AM | Tulsa County Jail-Psychologist | 2 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-24 10:00 AM | 2018-05-24 2:00 PM | Tulsa County Jail-Psychologist | 4 | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A07N | IRVIN | ALICIA | 0532 | 2018-05-25 7:17 AM | 2018-05-25 5:00 PM | Tulsa County Jail-Psychologist | 9.72 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-28 7:00 AM | 2018-05-28 10:30 AM | Tulsa County Jail-Psychologist | 3.5 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-29 7:06 AM | 2018-05-29 11:24 AM | Tulsa County Jail-Psychologist | 4.3 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-30 7:00 PM | 2018-05-30 9:00 PM | Tulsa County Jail-Psychologist | 2 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-31 8:12 AM | 2018-05-31 5:00 PM | Tulsa County Jail-Psychologist | 8.8 | | | | | |
| A07N | IRVIN | ALICIA | 0532 | 2018-05-31 10:00 PM | 2018-06-01 2:00 AM | Tulsa County Jail-Psychologist | 4 | | | | | |