TURN KEY HEALTH CLINICS LLC  
Client: (0Z262)

# Time Detail Report

Date Range (01/01/2018 - 05/31/2018)  
Freeze Time (Unknown)  
Generated (07/27/2022 12:19:49)

| Employee: LEMONS, KIMBERLY (A0H8) | Badge #: 6924 | |
|---|---|---|
| Department: Tulsa County Jail | Current Pay Class: Salary | Trm Gp: Terminated |
| Status: Terminated | Hire Date: 12/17/2017 | |
| Home Allocation: Tulsa County Jail-Physician | | |

| Date | Pay Code | IN | OUT | Allocation | Tax Profile | Missing | Dollars | Total Hrs. | Total Hrs./Day | Employee Approval | Supervisor Approval |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon (01/01) | Fixed (NOH) | n/a | n/a | [261]-Physician | | | | 8.00 | 8.00 | | |
| Tue (01/02) | | ID-07:46 AM | OD-09:06 AM | [000]-DNU - Unassigned | | | | 1.33 | | | |



TURN KEY HEALTH CLINICS LLC
Client: (0Z262)

# Time Detail Report

Date Range (01/01/2018 - 05/31/2018)
Freeze Time (Unknown)
Generated (07/27/2022 12:19:49)

| Day | In | Out | Code | Hours | Daily Total |
|---|---|---|---|---|---|
| Tue (01/02) | ID-09:07 AM | OD-04:18 PM | [410]-DNU - Unassigned | 7.18 | |
| Tue (01/02) | ID-04:19 PM | OD-07:08 AM | [000]-DNU - Unassigned | 14.82 | 23.33 |
| Wed (01/03) | ID-07:09 AM | OD-09:10 AM | [000]-DNU - Unassigned | 2.02 | |
| Wed (01/03) | ID-09:10 AM | OD-04:19 PM | [410]-DNU - Unassigned | 7.15 | |
| Wed (01/03) | ID-04:19 PM | OD-08:15 PM | [000]-DNU - Unassigned | 3.93 | 13.10 |
| Thu (01/04) | ID-09:52 AM | OD-11:03 AM | [000]-DNU - Unassigned | 1.18 | |
| Thu (01/04) | ID-11:04 AM | OD-01:12 PM | [200]-DNU - Unassigned | 2.13 | |
| Thu (01/04) | ID-01:12 PM | OD-02:55 PM | [000]-DNU - Unassigned | 1.72 | |
| Thu (01/04) | ID-02:56 PM | OD-06:19 PM | [130]-DNU - Unassigned | 3.38 | |
| Thu (01/04) | ID-06:19 PM | OD-06:41 PM | [000]-DNU - Unassigned | 0.37 | 8.78 |
| Fri (01/05) | ID-09:45 AM | OD-05:16 PM | [410]-DNU - Unassigned | 7.52 | |
| Fri (01/05) | ID-05:17 PM | OD-08:03 PM | [000]-DNU - Unassigned | 2.77 | 10.29 |
| Sat (01/06) | - | - | | | |
| Total Units/Hours For Week: | | | | | 63.50 |
| Sun (01/07) | - | - | | | |
| Mon (01/08) | ID-05:20 AM | OD-07:35 AM | [000]-DNU - Unassigned | 2.25 | |
| Mon (01/08) | ID-08:31 AM | OD-05:58 PM | [410]-DNU - Unassigned | 9.45 | |
| Mon (01/08) | ID-05:58 PM | OD-07:33 PM | [000]-DNU - Unassigned | 1.58 | 13.28 |
| Tue (01/09) | ID-05:31 AM | OD-07:22 AM | [000]-DNU - Unassigned | 1.85 | |
| Tue (01/09) | ID-08:30 AM | OD-05:42 PM | [410]-DNU - Unassigned | 9.20 | 11.05 |
| Wed (01/10) | ID-08:25 AM | OD-05:35 PM | [410]-DNU - Unassigned | 9.17 | |
| Wed (01/10) | ID-05:44 PM | OD-07:31 PM | [000]-DNU - Unassigned | 1.78 | 10.95 |
| Thu (01/11) | ID-08:00 AM | OD-09:15 AM | [000]-Physician | 1.25 | |
| Thu (01/11) | ID-09:16 AM | OD-12:24 PM | [200]-DNU - Unassigned | 3.13 | |
| Thu (01/11) | ID-12:24 PM | OD-01:42 PM | [000]-DNU - Unassigned | 1.30 | |
| Thu (01/11) | ID-01:43 PM | OD-05:45 PM | [410]-DNU - Unassigned | 4.03 | 9.71 |
| Fri (01/12) | ID-08:23 AM | OD-08:37 AM | [000]-DNU - Unassigned | 0.23 | |
| Fri (01/12) | ID-08:37 AM | OD-12:44 PM | [130]-DNU - Unassigned | 4.12 | 4.35 |
| Sat (01/13) | - | - | | | |
| Total Units/Hours For Week: | | | | | 49.34 |
| Sun (01/14) | - | - | | | |
| Mon (01/15) | ID-08:41 AM | OD-06:07 PM | [410]-DNU - Unassigned | 9.43 | |
| Mon (01/15) | ID-06:07 PM | OD-07:30 PM | [000]-DNU - Unassigned | 1.38 | 10.81 |
| Tue (01/16) | ID-05:51 AM | OD-07:31 AM | [000]-DNU - Unassigned | 1.67 | |
| Tue (01/16) | ID-08:37 AM | OD-05:57 PM | [410]-DNU - Unassigned | 9.33 | 11.00 |
| Wed (01/17) | ID-08:31 AM | OD-05:40 PM | [410]-DNU - Unassigned | 9.15 | |
| Wed (01/17) | ID-05:41 PM | OD-07:27 PM | [000]-DNU - Unassigned | 1.77 | 10.92 |
| Thu (01/18) | ID-05:54 AM | OD-08:56 AM | [000]-DNU - Unassigned | 3.03 | |
| Thu (01/18) | ID-09:39 AM | OD-12:01 PM | [200]-DNU - Unassigned | 2.37 | |
| Thu (01/18) | ID-12:02 PM | OD-12:57 PM | [000]-DNU - Unassigned | 0.92 | |
| Thu (01/18) | ID-12:57 PM | OD-05:45 PM | [410]-DNU - Unassigned | 4.80 | 11.12 |


paycom

**TURN KEY HEALTH CLINICS LLC**
Client: (0Z262)

## Time Detail Report

Date Range (01/01/2018 - 05/31/2018)
Freeze Time (Unknown)
Generated (07/27/2022 12:19:49)

| Day | Fixed | ID | OD | Code | | | | Hours | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fri (01/19) | | ID-09:32 AM | OD-12:24 PM | [130]-DNU - Unassigned | | | | 2.87 | 2.87 | |
| Sat (01/20) | | - | - | | | | | | | |
| **Total Units/Hours For Week:** | | | | | | | | | 46.72 | |
| Sun (01/21) | | - | - | | | | | | | |
| Mon (01/22) | Fixed: (PTO) | n/a | n/a | [410]-Physician | | | | 8.00 | 8.00 | |
| Tue (01/23) | Fixed: (PTO) | n/a | n/a | [410]-Physician | | | | 8.00 | 8.00 | |
| Wed (01/24) | Fixed: (PTO) | n/a | n/a | [410]-Physician | | | | 2.95 | 2.95 | |
| Thu (01/25) | | ID-05:50 AM | OD-07:48 AM | [000]-DNU - Unassigned | | | | 1.97 | | |
| Thu (01/25) | | ID-08:36 AM | OD-05:43 PM | [410]-DNU - Unassigned | | | | 9.12 | | |
| Thu (01/25) | | ID-05:44 PM | OD-07:36 PM | [000]-DNU - Unassigned | | | | 1.87 | 12.96 | |
| Fri (01/26) | | ID-05:41 AM | OD-07:48 AM | [000]-DNU - Unassigned | | | | 2.12 | | |
| Fri (01/26) | | ID-08:52 AM | OD-12:48 PM | [410]-DNU - Unassigned | | | | 3.93 | 6.05 | |
| Sat (01/27) | | - | - | | | | | | | |
| **Total Units/Hours For Week:** | | | | | | | | | 37.96 | |
| Sun (01/28) | | - | - | | | | | | | |
| Mon (01/29) | | ID-05:41 AM | OD-07:48 AM | [000]-DNU - Unassigned | | | | 2.12 | | |
| Mon (01/29) | | ID-08:37 AM | OD-04:50 PM | [410]-DNU - Unassigned | | | | 8.22 | 10.34 | |
| Tue (01/30) | | ID-08:41 AM | OD-06:11 PM | [410]-DNU - Unassigned | | | | 9.50 | | |
| Tue (01/30) | | ID-06:11 PM | OD-08:13 PM | [000]-DNU - Unassigned | | | | 2.03 | 11.53 | |
| Wed (01/31) | | ID-05:48 AM | OD-07:38 AM | [000]-DNU - Unassigned | | | | 1.83 | | |
| Wed (01/31) | | ID-08:40 AM | OD-05:56 PM | [410]-DNU - Unassigned | | | | 9.27 | 11.10 | |
| Thu (02/01) | | ID-08:37 AM | OD-09:37 AM | [000]-DNU - Unassigned | | | | 1.00 | | |
| Thu (02/01) | | ID-09:38 AM | OD-11:56 AM | [200]-DNU - Unassigned | | | | 2.30 | | |
| Thu (02/01) | | ID-11:56 AM | OD-01:04 PM | [000]-DNU - Unassigned | | | | 1.13 | | |
| Thu (02/01) | | ID-01:04 PM | OD-05:47 PM | [410]-DNU - Unassigned | | | | 4.72 | | |
| Thu (02/01) | | ID-05:47 PM | OD-07:26 PM | [000]-DNU - Unassigned | | | | 1.65 | 10.80 | |
| Fri (02/02) | | ID-05:57 AM | OD-07:49 AM | [000]-DNU - Unassigned | | | | 1.87 | | |
| Fri (02/02) | | ID-08:38 AM | OD-08:59 AM | [000]-DNU - Unassigned | | | | 0.35 | | |
| Fri (02/02) | | ID-08:59 AM | OD-11:43 AM | [130]-DNU - Unassigned | | | | 2.73 | | |
| Fri (02/02) | | ID-11:43 AM | OD-01:45 PM | [000]-DNU - Unassigned | | | | 2.03 | 6.98 | |
| Sat (02/03) | | - | - | | | | | | | |
| **Total Units/Hours For Week:** | | | | | | | | | 50.75 | |
| Sun (02/04) | | - | - | | | | | | | |
| Mon (02/05) | | ID-05:46 AM | OD-07:58 AM | [000]-DNU - Unassigned | | | | 2.20 | | |
| Mon (02/05) | | ID-08:25 AM | OD-05:57 PM | [410]-DNU - Unassigned | | | | 9.53 | | |
| Mon (02/05) | | ID-07:00 PM | OD-10:14 PM | [000]-DNU - Unassigned | | | | 3.23 | 14.96 | |
| Tue (02/06) | | ID-05:53 AM | OD-08:22 AM | [000]-DNU - Unassigned | | | | 2.48 | | |
| Tue (02/06) | | ID-08:49 AM | OD-05:50 PM | [410]-DNU - Unassigned | | | | 9.02 | 11.50 | |
| Wed (02/07) | | ID-08:38 AM | OD-06:05 PM | [410]-DNU - Unassigned | | | | 9.45 | | |
| Wed (02/07) | | ID-06:05 PM | OD-07:51 PM | [000]-DNU - Unassigned | | | | 1.77 | 11.22 | |
| Thu (02/08) | | ID-05:53 AM | OD-08:42 AM | [000]-DNU - Unassigned | | | | 2.82 | | |
| Thu (02/08) | | ID-09:30 AM | OD-12:32 PM | [200]-DNU - Unassigned | | | | 3.03 | | |
| Thu (02/08) | | ID-12:33 PM | OD-01:32 PM | [000]-DNU - Unassigned | | | | 0.98 | | |



**TURN KEY HEALTH CLINICS LLC**
Client: (0Z262)

## Time Detail Report

Date Range (01/01/2018 - 05/31/2018)
Freeze Time (Unknown)
Generated (07/27/2022 12:19:49)

| Day | In | Out | Code | Hours | Total |
|---|---|---|---|---|---|
| Thu (02/08) | ID-01:32 PM | OD-06:05 PM | [410]-DNU - Unassigned | 4.55 | 11.38 |
| Fri (02/09) | ID-09:01 AM | OD-09:32 AM | [000]-DNU - Unassigned | 0.52 | |
| Fri (02/09) | ID-09:32 AM | OD-12:40 PM | [130]-DNU - Unassigned | 3.13 | |
| Fri (02/09) | ID-12:40 PM | OD-01:01 PM | [000]-DNU - Unassigned | 0.35 | |
| Fri (02/09) | ID-01:01 PM | OD-01:38 PM | [410]-DNU - Unassigned | 0.62 | 4.62 |
| Sat (02/10) | - | - | | | |
| Total Units/Hours For Week: | | | | | 53.68 |
| Sun (02/11) | - | - | | | |
| Mon (02/12) | - | - | | | |
| Tue (02/13) | ID-10:44 AM | OD-06:13 PM | [410]-DNU - Unassigned | 7.48 | 7.48 |
| Wed (02/14) | ID-08:46 AM | OD-06:06 PM | [410]-DNU - Unassigned | 9.33 | |
| Wed (02/14) | ID-06:06 PM | OD-08:29 PM | [000]-DNU - Unassigned | 2.38 | 11.71 |
| Thu (02/15) | ID-06:07 AM | OD-08:45 AM | [000]-DNU - Unassigned | 2.63 | |
| Thu (02/15) | ID-09:57 AM | OD-12:56 PM | [200]-DNU - Unassigned | 2.98 | |
| Thu (02/15) | ID-12:56 PM | OD-02:18 PM | [000]-DNU - Unassigned | 1.37 | |
| Thu (02/15) | ID-02:18 PM | OD-06:41 PM | [410]-DNU - Unassigned | 4.38 | 11.36 |
| Fri (02/16) | ID-09:02 AM | OD-09:30 AM | [000]-DNU - Unassigned | 0.47 | |
| Fri (02/16) | ID-09:30 AM | OD-12:30 PM | [130]-Physician | 3.00 | 3.47 |
| Sat (02/17) | - | - | | | |
| Total Units/Hours For Week: | | | | | 34.02 |
| Sun (02/18) | - | - | | | |
| Mon (02/19) | ID-05:53 AM | OD-07:58 AM | [000]-DNU - Unassigned | 2.08 | |
| Mon (02/19) | ID-09:00 AM | OD-06:40 PM | [410]-DNU - Unassigned | 9.67 | |
| Mon (02/19) | ID-06:41 PM | OD-08:31 PM | [000]-DNU - Unassigned | 1.83 | 13.58 |
| Tue (02/20) | ID-05:43 AM | OD-07:40 AM | [000]-DNU - Unassigned | 1.95 | |
| Tue (02/20) | ID-07:41 AM | OD-06:50 PM | [410]-DNU - Unassigned | 11.15 | 13.10 |
| Wed (02/21) | ID-08:31 AM | OD-06:31 PM | [410]-DNU - Unassigned | 10.00 | 10.00 |
| Thu (02/22) | ID-05:54 AM | OD-09:21 AM | [000]-DNU - Unassigned | 3.45 | |
| Thu (02/22) | ID-09:22 AM | OD-12:53 PM | [130]-DNU - Unassigned | 3.52 | |
| Thu (02/22) | ID-12:53 PM | OD-01:12 PM | [000]-DNU - Unassigned | 0.32 | |
| Thu (02/22) | ID-01:13 PM | OD-06:21 PM | [410]-DNU - Unassigned | 5.13 | 12.42 |
| Fri (02/23) | ID-08:52 AM | OD-12:30 PM | [410]-DNU - Unassigned | 3.63 | 3.63 |
| Sat (02/24) | - | - | | | |
| Total Units/Hours For Week: | | | | | 52.73 |
| Sun (02/25) | - | - | | | |
| Mon (02/26) | ID-08:32 AM | OD-05:39 PM | [410]-DNU - Unassigned | 9.12 | 9.12 |
| Tue (02/27) | ID-06:39 AM | OD-09:29 AM | [000]-DNU - Unassigned | 2.83 | |
| Tue (02/27) | ID-09:29 AM | OD-06:03 PM | [410]-DNU - Unassigned | 8.57 | 11.40 |
| Wed (02/28) | ID-09:01 AM | OD-06:06 PM | [410]-DNU - Unassigned | 9.08 | 9.08 |
| Thu (03/01) | ID-07:02 AM | OD-09:07 AM | [000]-DNU - Unassigned | 2.08 | |
| Thu (03/01) | ID-09:44 AM | OD-12:18 PM | [200]-DNU - Unassigned | 2.57 | |
| Thu (03/01) | ID-12:18 PM | OD-01:46 PM | [000]-DNU - Unassigned | 1.47 | 6.12 |
| Fri (03/02) | ID-06:43 AM | OD-07:50 AM | [000]-DNU - Unassigned | 1.12 | |


paycom

TURN KEY HEALTH CLINICS LLC  
Client: (0Z262)

# Time Detail Report

Date Range (01/01/2018 - 05/31/2018)  
Freeze Time (Unknown)  
Generated (07/27/2022 12:19:49)

| Day | In | Out | Code | | | | Units | Hours | |
|---|---|---|---|---|---|---|---|---|---|
| Fri (03/02) | ID-09:47 AM | OD-12:16 PM | [130]-DNU - Unassigned | | | | 2.48 | 3.60 | |
| Sat (03/03) | - | - | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | 39.32 | |
| Sun (03/04) | - | - | | | | | | | |
| Mon (03/05) | - | - | | | | | | | |
| Tue (03/06) | ID-08:47 AM | OD-06:27 PM | [410]-DNU - Unassigned | | | | 9.67 | 9.67 | |
| Wed (03/07) | ID-08:34 AM | OD-09:30 AM | [000]-DNU - Unassigned | | | | 0.93 | | |
| Wed (03/07) | ID-12:59 PM | OD-06:20 PM | [410]-DNU - Unassigned | | | | 5.35 | 6.28 | |
| Thu (03/08) | ID-06:44 AM | OD-08:56 AM | [000]-DNU - Unassigned | | | | 2.20 | | |
| Thu (03/08) | ID-08:56 AM | OD-12:11 PM | [200]-DNU - Unassigned | | | | 3.25 | | |
| Thu (03/08) | ID-12:11 PM | OX-01:17 PM | [000]-DNU - Unassigned | | | | 1.10 | | |
| Thu (03/08) | IX-01:17 PM | OX-01:17 PM | [000]-DNU - Unassigned | | | | 0.00 | | |
| Thu (03/08) | IX-01:17 PM | OD-06:52 PM | [410]-DNU - Unassigned | | | | 5.58 | 12.13 | |
| Fri (03/09) | - | - | | | | | | | |
| Sat (03/10) | - | - | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | 28.08 | |
| Sun (03/11) | - | - | | | | | | | |
| Mon (03/12) | ID-08:49 AM | OD-06:20 PM | [410]-DNU - Unassigned | | | | 9.52 | 9.52 | |
| Tue (03/13) | ID-08:44 AM | OD-06:00 PM | [410]-DNU - Unassigned | | | | 9.27 | 9.27 | |
| Wed (03/14) | ID-08:55 AM | OD-05:57 PM | [410]-DNU - Unassigned | | | | 9.03 | 9.03 | |
| Thu (03/15) | ID-06:37 AM | OD-09:00 AM | [000]-DNU - Unassigned | | | | 2.38 | | |
| Thu (03/15) | ID-09:00 AM | OD-11:20 AM | [200]-Physician | | | | 2.33 | | |
| Thu (03/15) | ID-11:21 AM | OD-01:55 PM | [000]-DNU - Unassigned | | | | 2.57 | | |
| Thu (03/15) | ID-01:56 PM | OD-05:45 PM | [410]-DNU - Unassigned | | | | 3.82 | 11.10 | |
| Fri (03/16) | ID-06:46 AM | OD-08:33 AM | [000]-DNU - Unassigned | | | | 1.78 | | |
| Fri (03/16) | ID-09:45 AM | OD-01:31 PM | [130]-Physician | | | | 3.77 | 5.55 | |
| Sat (03/17) | - | - | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | 44.47 | |
| Sun (03/18) | - | - | | | | | | | |
| Mon (03/19) | ID-08:43 AM | OD-05:56 PM | [410]-DNU - Unassigned | | | | 9.22 | 9.22 | |
| Tue (03/20) | ID-08:41 AM | OD-06:13 PM | [410]-DNU - Unassigned | | | | 9.53 | 9.53 | |
| Wed (03/21) | ID-08:57 AM | OD-06:21 PM | [410]-DNU - Unassigned | | | | 9.40 | 9.40 | |
| Thu (03/22) | ID-12:00 PM | OX-12:40 PM | [000]-DNU - Unassigned | | | | 0.67 | | |
| Thu (03/22) | IX-12:40 PM | OD-12:40 PM | [000]-DNU - Unassigned | | | | 0.00 | | |
| Thu (03/22) | ID-12:40 PM | OD-02:17 PM | [130]-DNU - Unassigned | | | | 1.62 | | |
| Thu (03/22) | ID-02:17 PM | OD-03:05 PM | [000]-DNU - Unassigned | | | | 0.80 | | |
| Thu (03/22) | ID-03:05 PM | OD-06:11 PM | [410]-DNU - Unassigned | | | | 3.10 | 6.19 | |
| Fri (03/23) | ID-06:56 AM | OX-09:29 AM | [000]-DNU - Unassigned | | | | 2.55 | | |
| Fri (03/23) | ID-09:30 AM | OD-12:20 PM | [200]-Physician | | | | 2.83 | | |
| Fri (03/23) | ID-12:20 PM | OX-03:00 PM | [000]-DNU - Unassigned | | | | 2.67 | 8.05 | |
| Sat (03/24) | - | - | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | 42.39 | |
| Sun (03/25) | - | - | | | | | | | |
| Mon (03/26) | ID-09:00 AM | OD-06:26 PM | [410]-DNU - Unassigned | | | | 9.43 | 9.43 | |
| Tue (03/27) | ID-08:09 AM | OD-07:05 PM | [410]-DNU - Unassigned | | | | 10.93 | 10.93 | |



TURN KEY HEALTH CLINICS LLC  
Client: (0Z262)

# Time Detail Report

Date Range (01/01/2018 - 05/31/2018)  
Freeze Time (Unknown)  
Generated (07/27/2022 12:19:49)

| Day (Date) | | In | Out | Code | | | | Hours | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Wed (03/28) | | ID-09:04 AM | OD-06:05 PM | [410]-DNU - Unassigned | | | | 9.02 | 9.02 | |
| Thu (03/29) | | ID-06:49 AM | OX-10:00 AM | [000]-DNU - Unassigned | | | | 3.18 | | |
| Thu (03/29) | | IX-10:01 AM | OX-11:58 AM | [200]-DNU - Unassigned | | | | 1.95 | | |
| Thu (03/29) | | IX-11:58 AM | OX-02:02 PM | [000]-DNU - Unassigned | | | | 2.07 | | |
| Thu (03/29) | | IX-02:02 PM | OD-06:09 PM | [410]-DNU - Unassigned | | | | 4.12 | 11.32 | |
| Fri (03/30) | | ID-08:10 AM | OX-09:34 AM | [000]-DNU - Unassigned | | | | 1.40 | | |
| Fri (03/30) | | IX-09:34 AM | OX-12:37 PM | [130]-DNU - Unassigned | | | | 3.05 | 4.45 | |
| Sat (03/31) | | - | - | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | | 45.15 | |
| Sun (04/01) | | - | - | | | | | | | |
| Mon (04/02) | | ID-10:55 AM | OD-07:10 PM | [410]-DNU - Unassigned | | | | 8.25 | 8.25 | |
| Tue (04/03) | | ID-07:48 AM | OD-07:12 PM | [410]-DNU - Unassigned | | | | 11.40 | 11.40 | |
| Wed (04/04) | | ID-08:38 AM | OD-01:30 PM | [410]-DNU - Unassigned | | | | 4.87 | 4.87 | |
| Thu (04/05) | | ID-09:17 AM | OX-10:41 AM | [000]-DNU - Unassigned | | | | 1.40 | | |
| Thu (04/05) | | IX-10:41 AM | OX-03:11 PM | [200]-DNU - Unassigned | | | | 4.50 | | |
| Thu (04/05) | | IX-03:11 PM | OX-04:47 PM | [000]-DNU - Unassigned | | | | 1.60 | | |
| Thu (04/05) | | IX-04:47 PM | OD-07:46 PM | [410]-DNU - Unassigned | | | | 2.98 | 10.48 | |
| Fri (04/06) | | ID-07:30 AM | OX-08:59 AM | [410]-DNU - Unassigned | | | | 1.48 | | |
| Fri (04/06) | | IX-08:59 AM | OX-09:56 AM | [410]-DNU - Unassigned | | | | 0.95 | | |
| Fri (04/06) | | IX-09:56 AM | OX-10:32 AM | [000]-DNU - Unassigned | | | | 0.60 | | |
| Fri (04/06) | | IX-10:32 AM | OX-02:11 PM | [130]-DNU - Unassigned | | | | 3.65 | | |
| Fri (04/06) | | IX-02:11 PM | OD-03:26 PM | [000]-DNU - Unassigned | | | | 1.25 | 7.93 | |
| Sat (04/07) | | - | - | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | | 42.93 | |
| Sun (04/08) | | - | - | | | | | | | |
| Mon (04/09) | | ID-08:47 AM | OX-06:10 PM | [410]-DNU - Unassigned | | | | 9.38 | | |
| Mon (04/09) | | IX-06:10 PM | OD-06:10 PM | [410]-DNU - Unassigned | | | | 0.00 | 9.38 | |
| Tue (04/10) | | ID-09:18 AM | OD-06:44 PM | [410]-DNU - Unassigned | | | | 9.43 | 9.43 | |
| Wed (04/11) | | - | - | | | | | | | |
| Thu (04/12) | | ID-06:44 AM | OX-10:17 AM | [000]-DNU - Unassigned | | | | 3.55 | | |
| Thu (04/12) | | IX-10:17 AM | OX-01:24 PM | [200]-DNU - Unassigned | | | | 3.12 | | |
| Thu (04/12) | | IX-01:24 PM | OX-02:42 PM | [000]-DNU - Unassigned | | | | 1.30 | | |
| Thu (04/12) | | IX-02:42 PM | OD-08:05 PM | [410]-DNU - Unassigned | | | | 5.38 | 13.35 | |
| Fri (04/13) | | ID-06:43 AM | OX-09:36 AM | [000]-DNU - Unassigned | | | | 2.88 | | |
| Fri (04/13) | | IX-09:36 AM | OX-12:39 PM | [130]-DNU - Unassigned | | | | 3.05 | | |
| Fri (04/13) | | IX-12:39 PM | OD-02:46 PM | [000]-DNU - Unassigned | | | | 2.12 | 8.05 | |
| Sat (04/14) | | - | - | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | | 40.21 | |
| Sun (04/15) | | - | - | | | | | | | |
| Mon (04/16) | | ID-09:01 AM | OD-06:21 PM | [410]-DNU - Unassigned | | | | 9.33 | 9.33 | |
| Tue (04/17) | | ID-08:24 AM | OD-11:08 AM | [410]-DNU - Unassigned | | | | 2.73 | 2.73 | |
| Wed (04/18) | | - | - | | | | | | | |
| Thu (04/19) | | ID-08:54 AM | OX-02:09 PM | [410]-DNU - Unassigned | | | | 5.25 | | |


paycom

TURN KEY HEALTH CLINICS LLC
Client: (0Z262)

# Time Detail Report

Date Range (01/01/2018 - 05/31/2018)
Freeze Time (Unknown)
Generated (07/27/2022 12:19:49)

| Day | | In | Out | Code | | | | Hours | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Thu (04/19) | | IX-02:09 PM | OX-02:57 PM | [000]-DNU - Unassigned | | | | 0.80 | | |
| Thu (04/19) | | IX-02:57 PM | OX-06:17 PM | [200]-DNU - Unassigned | | | | 3.33 | | |
| Thu (04/19) | | IX-06:17 PM | OD-08:36 PM | [000]-DNU - Unassigned | | | | 2.32 | 11.70 | |
| Fri (04/20) | | IX-06:41 AM | OX-09:51 AM | [000]-DNU - Unassigned | | | | 3.17 | | |
| Fri (04/20) | | IX-09:51 AM | OX-01:05 PM | [130]-DNU - Unassigned | | | | 3.23 | 6.40 | |
| Sat (04/21) | | - | - | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | | 30.16 | |
| Sun (04/22) | | - | - | | | | | | | |
| Mon (04/23) | | ID-09:01 AM | OD-06:53 PM | [410]-DNU - Unassigned | | | | 9.87 | 9.87 | |
| Tue (04/24) | | ID-09:00 AM | OD-07:28 PM | [410]-DNU - Unassigned | | | | 10.47 | 10.47 | |
| Wed (04/25) | | ID-09:00 AM | OD-06:12 PM | [410]-Physician | | | | 9.20 | 9.20 | |
| Thu (04/26) | | IX-09:47 AM | OX-11:44 AM | [000]-DNU - Unassigned | | | | 1.95 | | |
| Thu (04/26) | | IX-11:44 AM | OX-06:06 PM | [200]-DNU - Unassigned | | | | 6.37 | | |
| Thu (04/26) | | IX-06:06 PM | OX-07:35 PM | [000]-DNU - Unassigned | | | | 1.48 | | |
| Thu (04/26) | | IX-07:35 PM | OX-09:59 PM | [410]-DNU - Unassigned | | | | 2.40 | | |
| Thu (04/26) | | IX-09:59 PM | OD-11:08 PM | [000]-DNU - Unassigned | | | | 1.15 | 13.35 | |
| Fri (04/27) | | ID-06:56 AM | OD-07:54 AM | [000]-DNU - Unassigned | | | | 0.97 | | |
| Fri (04/27) | | IX-09:26 AM | OX-09:49 AM | [000]-DNU - Unassigned | | | | 0.38 | | |
| Fri (04/27) | | IX-09:49 AM | OX-12:03 PM | [130]-DNU - Unassigned | | | | 2.23 | | |
| Fri (04/27) | | IX-12:03 PM | OD-12:30 PM | [000]-DNU - Unassigned | | | | 0.45 | | |
| Fri (04/27) | | ID-12:30 PM | OD-01:30 PM | [410]-DNU - Unassigned | | | | 1.00 | | |
| Fri (04/27) | | ID-01:30 PM | OD-02:30 PM | [000]-Physician | | | | 1.00 | 6.03 | |
| Sat (04/28) | | - | - | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | | 48.92 | |
| Sun (04/29) | | - | - | | | | | | | |
| Mon (04/30) | | ID-09:03 AM | OD-06:30 PM | [410]-DNU - Unassigned | | | | 9.45 | 9.45 | |
| Tue (05/01) | | ID-01:30 PM | OD-06:19 PM | [410]-DNU - Unassigned | | | | 4.82 | 4.82 | |
| Wed (05/02) | | ID-09:02 AM | OD-06:37 PM | [410]-DNU - Unassigned | | | | 9.58 | 9.58 | |
| Thu (05/03) | | ID-09:12 AM | OD-06:03 PM | [410]-DNU - Unassigned | | | | 8.85 | 8.85 | |
| Fri (05/04) | | IX-07:05 AM | OX-09:59 AM | [000]-DNU - Unassigned | | | | 2.90 | | |
| Fri (05/04) | | ID-10:00 AM | OD-01:00 PM | [200]-DNU - Unassigned | | | | 3.00 | | |
| Fri (05/04) | | ID-01:00 PM | OX-01:00 PM | [000]-Physician | | | | 0.00 | | |
| Fri (05/04) | | IX-01:00 PM | OX-04:42 PM | [410]-Physician | | | | 3.70 | | |
| Fri (05/04) | | IX-04:42 PM | OD-07:38 PM | [000]-DNU - Unassigned | | | | 2.93 | 12.53 | |
| Sat (05/05) | | - | - | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | | 45.23 | |
| Sun (05/06) | | - | - | | | | | | | |
| Mon (05/07) | | ID-09:54 AM | OD-06:40 PM | [410]-DNU - Unassigned | | | | 8.77 | 8.77 | |
| Tue (05/08) | | ID-09:04 AM | OD-05:32 PM | [410]-DNU - Unassigned | | | | 8.47 | 8.47 | |
| Wed (05/09) | | ID-09:39 AM | OD-05:42 PM | [410]-DNU - Unassigned | | | | 8.05 | 8.05 | |
| Thu (05/10) | | ID-09:39 AM | OD-05:35 PM | [410]-DNU - Unassigned | | | | 7.93 | 7.93 | |
| Fri (05/11) | | ID-08:13 AM | OX-10:21 AM | [000]-DNU - Unassigned | | | | 2.13 | | |
| Fri (05/11) | | IX-10:21 AM | OX-12:39 PM | [200]-DNU - Unassigned | | | | 2.30 | | |


paycom

TURN KEY HEALTH CLINICS LLC
Client: (0Z262)

## Time Detail Report

Date Range (01/01/2018 - 05/31/2018)
Freeze Time (Unknown)
Generated (07/27/2022 12:19:49)

| Day | | In | Out | Allocation | | | | Hours | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fri (05/11) | | IX-12:39 PM | OX-02:07 PM | [000]-DNU - Unassigned | | | | 1.47 | | | |
| Fri (05/11) | | IX-02:07 PM | OX-04:04 PM | [130]-DNU - Unassigned | | | | 1.95 | | | |
| Fri (05/11) | | IX-04:04 PM | OD-05:00 PM | [000]-DNU - Unassigned | | | | 0.93 | 8.78 | | |
| Sat (05/12) | | - | - | | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | | 42.00 | | |
| Sun (05/13) | | - | - | | | | | | | | |
| Mon (05/14) | | ID-09:08 AM | OD-05:30 PM | [410]-DNU - Unassigned | | | | 8.37 | 8.37 | | |
| Tue (05/15) | | ID-09:02 AM | OD-05:44 PM | [410]-DNU - Unassigned | | | | 8.70 | 8.70 | | |
| Wed (05/16) | | ID-09:50 AM | OD-06:02 PM | [410]-Physician | | | | 8.20 | 8.20 | | |
| Thu (05/17) | | ID-06:57 AM | OX-10:34 AM | [000]-DNU - Unassigned | | | | 3.62 | | | |
| Thu (05/17) | | IX-10:34 AM | OX-12:49 PM | [200]-DNU - Unassigned | | | | 2.25 | | | |
| Thu (05/17) | | IX-12:49 PM | OX-03:23 PM | [000]-DNU - Unassigned | | | | 2.57 | | | |
| Thu (05/17) | | IX-03:23 PM | OX-05:42 PM | [130]-DNU - Unassigned | | | | 2.32 | | | |
| Thu (05/17) | | IX-05:42 PM | OD-07:30 PM | [000]-DNU - Unassigned | | | | 1.80 | 12.56 | | |
| Fri (05/18) | | - | - | | | | | | | | |
| Sat (05/19) | | - | - | | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | | 37.83 | | |
| Sun (05/20) | | - | - | | | | | | | | |
| Mon (05/21) | | ID-09:00 AM | OD-06:00 PM | [410]-DNU - Unassigned | | | | 9.00 | 9.00 | | |
| Tue (05/22) | | ID-09:37 AM | OD-05:53 PM | [410]-DNU - Unassigned | | | | 8.27 | 8.27 | | |
| Wed (05/23) | | ID-09:10 AM | OD-06:08 PM | [410]-Physician | | | | 8.97 | 8.97 | | |
| Thu (05/24) | | ID-08:31 AM | OD-06:22 PM | [410]-DNU - Unassigned | | | | 9.85 | 9.85 | | |
| Fri (05/25) | | ID-09:18 AM | OX-11:10 AM | [000]-DNU - Unassigned | | | | 1.87 | | | |
| Fri (05/25) | | IX-11:10 AM | OX-01:13 PM | [200]-DNU - Unassigned | | | | 2.05 | | | |
| Fri (05/25) | | IX-01:13 PM | OX-03:04 PM | [000]-DNU - Unassigned | | | | 1.85 | | | |
| Fri (05/25) | | IX-03:04 PM | OX-04:43 PM | [130]-DNU - Unassigned | | | | 1.65 | | | |
| Fri (05/25) | | IX-04:43 PM | OD-05:45 PM | [000]-DNU - Unassigned | | | | 1.03 | 8.45 | | |
| Sat (05/26) | | - | - | | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | | 44.54 | | |
| Sun (05/27) | | - | - | | | | | | | | |
| Mon (05/28) | Fixed: (N0H) | n/a | n/a | [410]-Physician | | | | 8.00 | 8.00 | | |
| Tue (05/29) | | ID-09:08 AM | OD-06:24 PM | [410]-DNU - Unassigned | | | | 9.27 | 9.27 | | |
| Wed (05/30) | | ID-09:07 AM | OD-05:57 PM | [410]-DNU - Unassigned | | | | 8.83 | 8.83 | | |
| Thu (05/31) | | ID-12:02 PM | OD-06:17 PM | [410]-DNU - Unassigned | | | | 6.25 | 6.25 | | |
| Total Hours: 952.28 | | | | | | | | | | | |

| Pay Code | Allocation | TaxPrf | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Non Worked Holiday | [261] -Physician | | 8.00 | | |
| Non Worked Holiday | [410] -Physician | | 8.00 | | |
| Regular | [000] -DNU - Unassigned | | 178.96 | | |
| Regular | [410] -DNU - Unassigned | | 598.50 | | |
| Regular | [200] -DNU - Unassigned | | 50.63 | | |
| Regular | [130] -DNU - Unassigned | | 44.98 | | |
| Regular | [000] -Physician | | 2.25 | | |
| Regular | [130] -Physician | | 6.77 | | |
| Regular | [200] -Physician | | 5.16 | | |
| Regular | [410] -Physician | | 30.07 | | |
| Paid Time Off | [410] -Physician | | 18.95 | | |


paycom

| TURN KEY HEALTH CLINICS LLC<br>Client: (0Z262) | Time Detail Report | Date Range (01/01/2018 - 05/31/2018)<br>Freeze Time (Unknown)<br>Generated (07/27/2022 12:19:49) |
|---|---|---|

| Employee Signature: | | Days Approved: | 0 |
|---|---|---|---|
| | *(KIMBERLY LEMONS)* | | |
| Supervisor Signature: | | Days Approved: | 0 |



TURN KEY HEALTH CLINICS LLC  
Client: (0Z262)

# Time Detail Report

Date Range (01/01/2018 - 05/31/2018)  
Freeze Time (Unknown)  
Generated (07/27/2022 12:19:49)

**Employee:** COOPER, WILLIAM (A00D)  **Badge #:** 2185  
**Department:** Corporate Office  **Current Pay Class:** Salary  **Trm Gp:** Supervisors  
**Status:** Terminated  **Hire Date:** 11/30/2015  
**Home Allocation:** Corporate Office-Physician

| Date | Pay Code | IN | OUT | Allocation | Tax Profile | Missing | Dollars | Total Hrs. | Total Hrs./Day | Employee Approval | Supervisor Approval |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon (01/01) | | ID-03:00 PM | OD-11:09 PM | [000]-Physician | | | | 8.15 | | | |
| Mon (01/01) | Fixed: (N0H) | n/a | n/a | [260]-Physician | | | | 8.00 | 16.15 | | |
| Tue (01/02) | | ID-08:33 AM | OX-02:37 PM | [540]-Physician | | | | 6.07 | | | |
| Tue (01/02) | | IX-02:37 PM | OD-06:40 PM | [000]-Physician | | | | 4.05 | 10.12 | | |
| Wed (01/03) | | ID-01:13 PM | OX-04:26 PM | [530]-Physician | | | | 3.22 | 3.22 | | |
| Thu (01/04) | | ID-09:00 AM | OD-02:00 PM | [400]-Physician | | | | 5.00 | 5.00 | | |
| Fri (01/05) | | ID-07:45 AM | OX-08:14 AM | [000]-Physician | | | | 0.48 | | | |
| Fri (01/05) | | IX-08:14 AM | OX-09:02 AM | [290]-Physician | | | | 0.80 | | | |
| Fri (01/05) | | IX-09:02 AM | OX-11:37 AM | [000]-Physician | | | | 2.58 | | | |
| Fri (01/05) | | IX-11:37 AM | OD-12:45 PM | [270]-Physician | | | | 1.13 | | | |
| Fri (01/05) | | ID-12:45 PM | OD-06:00 PM | [000]-Physician | | | | 5.25 | 10.24 | | |
| Sat (01/06) | | - | - | | | | | | | | |
| **Total Units/Hours For Week:** | | | | | | | | | 44.73 | | |
| Sun (01/07) | | - | - | | | | | | | | |
| Mon (01/08) | | ID-06:30 AM | OD-11:00 AM | [260]-Physician | | | | 4.50 | | | |
| Mon (01/08) | | ID-11:00 AM | OD-12:30 PM | [000]-Physician | | | | 1.50 | | | |
| Mon (01/08) | | ID-12:30 PM | OD-05:00 PM | [410]-Physician | | | | 4.50 | 10.50 | | |
| Tue (01/09) | | - | - | | | | | | | | |
| Wed (01/10) | | - | - | | | | | | | | |
| Thu (01/11) | | - | - | | | | | | | | |
| Fri (01/12) | | ID-09:55 AM | OD-05:43 PM | [260]-Physician | | | | 7.80 | 7.80 | | |
| Sat (01/13) | | - | - | | | | | | | | |
| **Total Units/Hours For Week:** | | | | | | | | | 18.30 | | |
| Sun (01/14) | | - | - | | | | | | | | |
| Mon (01/15) | | ID-09:34 AM | OD-03:55 PM | [410]-Physician | | | | 6.35 | 6.35 | | |
| Tue (01/16) | | ID-08:43 AM | OD-04:01 PM | [410]-Physician | | | | 7.30 | 7.30 | | |
| Wed (01/17) | | ID-09:00 AM | OD-05:00 PM | [410]-Physician | | | | 8.00 | 8.00 | | |
| Thu (01/18) | | ID-09:00 AM | OD-05:00 PM | [410]-Physician | | | | 8.00 | 8.00 | | |
| Fri (01/19) | | ID-09:00 AM | OD-05:00 PM | [410]-Physician | | | | 8.00 | 8.00 | | |
| Sat (01/20) | | - | - | | | | | | | | |
| **Total Units/Hours For Week:** | | | | | | | | | 37.65 | | |
| Sun (01/21) | | ID-05:12 PM | OD-11:56 PM | [000]-Physician | | | | 6.73 | 6.73 | | |
| Mon (01/22) | | ID-08:06 AM | OX-04:16 PM | [400]-Physician | | | | 8.17 | 8.17 | | |
| Tue (01/23) | | ID-09:01 AM | OD-03:54 PM | [530]-Physician | | | | 6.88 | 6.88 | | |
| Wed (01/24) | | ID-09:43 AM | OX-12:21 PM | [530]-Physician | | | | 2.63 | | | |
| Wed (01/24) | | IX-12:21 PM | OX-02:29 PM | [400]-Physician | | | | 2.13 | | | |
| Wed (01/24) | | IX-02:29 PM | OD-07:28 PM | [000]-Physician | | | | 4.98 | 9.74 | | |
| Thu (01/25) | | ID-07:45 AM | OD-04:38 PM | [260]-Physician | | | | 8.88 | 8.88 | | |
| Fri (01/26) | | ID-08:57 AM | OX-09:57 AM | [200]-Physician | | | | 1.00 | | | |
| Fri (01/26) | | IX-09:57 AM | OX-03:04 PM | [000]-Physician | | | | 5.12 | | | |
| Fri (01/26) | | IX-03:04 PM | OD-04:41 PM | [120]-Physician | | | | 1.62 | 7.74 | | |
| Sat (01/27) | | - | - | | | | | | | | |
| **Total Units/Hours For Week:** | | | | | | | | | 48.14 | | |
| Sun (01/28) | | - | - | | | | | | | | |
| Mon (01/29) | | ID-08:00 AM | OD-05:00 PM | [260]-Physician | | | | 9.00 | 9.00 | | |
| Tue (01/30) | | ID-08:59 AM | OX-02:12 PM | [120]-Physician | | | | 5.22 | 5.22 | | |
| Wed (01/31) | | ID-09:17 AM | OD-05:00 PM | [150]-Physician | | | | 7.72 | 7.72 | | |
| Thu (02/01) | | ID-08:48 AM | OX-01:49 PM | [120]-Physician | | | | 5.02 | | | |
| Thu (02/01) | | IX-01:49 PM | OD-02:49 PM | [260]-Physician | | | | 1.00 | | | |
| Thu (02/01) | | ID-02:49 PM | OD-05:00 PM | [260]-Physician | | | | 2.18 | 8.20 | | |
| Fri (02/02) | | ID-10:18 AM | OD-05:00 PM | [410]-Physician | | | | 6.70 | 6.70 | | |
| Sat (02/03) | | - | - | | | | | | | | |
| **Total Units/Hours For Week:** | | | | | | | | | 36.84 | | |
| Sun (02/04) | | - | - | | | | | | | | |
| Mon (02/05) | | ID-07:56 AM | OD-05:48 PM | [020]-Physician | | | | 9.87 | 9.87 | | |
| Tue (02/06) | | ID-10:02 AM | OX-02:34 PM | [120]-Physician | | | | 4.53 | | | |
| Tue (02/06) | | IX-02:34 PM | OD-04:12 PM | [260]-Physician | | | | 1.63 | 6.16 | | |
| Wed (02/07) | | ID-08:42 AM | OX-11:29 AM | [000]-Physician | | | | 2.78 | | | |
| Wed (02/07) | | IX-11:29 AM | OD-06:00 PM | [410]-Physician | | | | 6.52 | 9.30 | | |



**TURN KEY HEALTH CLINICS LLC**
Client: (0Z262)

# Time Detail Report

Date Range (01/01/2018 - 05/31/2018)
Freeze Time (Unknown)
Generated (07/27/2022 12:19:49)

| Day | In | Out | Dept | Hours | Daily |
|---|---|---|---|---|---|
| Thu (02/08) | ID-08:23 AM | OX-11:00 AM | [410]-Physician | 2.62 | |
| Thu (02/08) | IX-11:00 AM | OX-12:57 PM | [000]-Physician | 1.95 | |
| Thu (02/08) | IX-12:57 PM | OX-03:30 PM | [260]-Physician | 2.55 | |
| Thu (02/08) | IX-03:30 PM | OD-05:00 PM | [120]-Physician | 1.50 | 8.62 |
| Fri (02/09) | - | - | | | |
| Sat (02/10) | - | - | | | |
| Total Units/Hours For Week: | | | | 33.95 | |
| Sun (02/11) | - | - | | | |
| Mon (02/12) | ID-09:15 AM | OD-11:00 AM | [220]-Physician | 1.75 | |
| Mon (02/12) | ID-11:00 AM | OX-01:15 PM | [000]-Physician | 2.25 | |
| Mon (02/12) | IX-01:15 PM | OX-05:19 PM | [410]-Physician | 4.07 | |
| Mon (02/12) | IX-05:19 PM | OD-07:00 PM | [000]-Physician | 1.68 | 9.75 |
| Tue (02/13) | ID-08:51 AM | OX-11:40 AM | [120]-Physician | 2.82 | |
| Tue (02/13) | IX-11:40 AM | OD-04:08 PM | [000]-Physician | 4.47 | 7.29 |
| Wed (02/14) | ID-09:07 AM | OX-11:40 AM | [150]-Physician | 2.55 | |
| Wed (02/14) | IX-11:40 AM | OD-03:11 PM | [260]-Physician | 3.52 | 6.07 |
| Thu (02/15) | ID-08:28 AM | OX-10:29 AM | [460]-Physician | 2.02 | |
| Thu (02/15) | IX-10:29 AM | OD-01:00 PM | [000]-Physician | 2.52 | |
| Thu (02/15) | ID-01:00 PM | OD-05:11 PM | [410]-Physician | 4.18 | 8.72 |
| Fri (02/16) | ID-07:48 AM | OX-01:08 PM | [020]-Physician | 5.33 | |
| Fri (02/16) | IX-01:08 PM | OX-02:00 PM | [260]-Physician | 0.87 | |
| Fri (02/16) | IX-02:00 PM | OD-05:15 PM | [120]-Physician | 3.25 | 9.45 |
| Sat (02/17) | - | - | | | |
| Total Units/Hours For Week: | | | | 41.28 | |
| Sun (02/18) | - | - | | | |
| Mon (02/19) | ID-07:04 AM | OX-03:26 PM | [410]-Physician | 8.37 | |
| Mon (02/19) | IX-03:26 PM | OD-05:00 PM | [000]-Physician | 1.57 | 9.94 |
| Tue (02/20) | ID-08:34 AM | OX-09:14 AM | [000]-Physician | 0.67 | |
| Tue (02/20) | IX-09:14 AM | OX-11:33 AM | [120]-Physician | 2.32 | |
| Tue (02/20) | IX-11:33 AM | OD-02:30 PM | [020]-Physician | 2.95 | |
| Tue (02/20) | ID-02:30 PM | OD-05:39 PM | [200]-Physician | 3.15 | 9.09 |
| Wed (02/21) | ID-08:00 AM | OD-05:00 PM | [410]-Physician | 9.00 | 9.00 |
| Thu (02/22) | ID-08:00 AM | OD-05:00 PM | [410]-Physician | 9.00 | 9.00 |
| Fri (02/23) | ID-08:00 AM | OD-01:00 PM | [410]-Physician | 5.00 | |
| Fri (02/23) | ID-01:00 PM | OD-03:00 PM | [000]-Physician | 2.00 | 7.00 |
| Sat (02/24) | - | - | | | |
| Total Units/Hours For Week: | | | | 44.03 | |
| Sun (02/25) | - | - | | | |
| Mon (02/26) | ID-09:03 AM | OD-06:30 PM | [400]-Physician | 9.45 | 9.45 |
| Tue (02/27) | ID-08:38 AM | OD-06:23 PM | [400]-Physician | 9.75 | 9.75 |
| Wed (02/28) | ID-08:13 AM | OX-11:10 AM | [530]-Physician | 2.95 | |
| Wed (02/28) | IX-11:10 AM | OX-04:59 PM | [000]-Physician | 5.82 | |
| Wed (02/28) | IX-04:59 PM | OD-08:45 PM | [550]-Physician | 3.77 | 12.54 |
| Thu (03/01) | ID-09:00 AM | OX-01:33 PM | [550]-Physician | 4.55 | |
| Thu (03/01) | IX-01:33 PM | OD-05:43 PM | [000]-Physician | 4.17 | 8.72 |
| Fri (03/02) | ID-09:00 AM | OD-12:45 PM | [120]-Physician | 3.75 | 3.75 |
| Sat (03/03) | - | - | | | |
| Total Units/Hours For Week: | | | | 44.21 | |
| Sun (03/04) | - | - | | | |
| Mon (03/05) | ID-11:41 AM | OD-05:02 PM | [410]-Physician | 5.35 | 5.35 |
| Tue (03/06) | ID-08:28 AM | OX-03:58 PM | [410]-Physician | 7.50 | |
| Tue (03/06) | IX-03:58 PM | OD-05:40 PM | [000]-Physician | 1.70 | 9.20 |
| Wed (03/07) | ID-09:28 AM | OX-03:07 PM | [260]-Physician | 5.65 | |
| Wed (03/07) | IX-03:07 PM | OD-04:53 PM | [230]-Physician | 1.77 | 7.42 |
| Thu (03/08) | ID-07:58 AM | OD-05:43 PM | [020]-Physician | 9.75 | 9.75 |
| Fri (03/09) | ID-09:19 AM | OD-12:36 PM | [120]-Physician | 3.28 | 3.28 |
| Sat (03/10) | - | - | | | |
| Total Units/Hours For Week: | | | | 35.00 | |
| Sun (03/11) | - | - | | | |
| Mon (03/12) | ID-09:44 AM | OX-12:33 PM | [120]-Physician | 2.82 | |
| Mon (03/12) | IX-12:33 PM | OX-03:47 PM | [000]-Physician | 3.23 | |
| Mon (03/12) | IX-03:47 PM | OD-06:30 PM | [410]-Physician | 2.72 | 8.77 |
| Tue (03/13) | ID-08:18 AM | OD-04:51 PM | [410]-Physician | 8.55 | 8.55 |
| Wed (03/14) | ID-08:41 AM | OX-12:34 PM | [000]-Physician | 3.88 | |
| Wed (03/14) | IX-12:34 PM | OX-04:29 PM | [140]-Physician | 3.92 | |
| Wed (03/14) | IX-04:29 PM | OD-05:30 PM | [400]-Physician | 1.02 | 8.82 |
| Thu (03/15) | ID-10:14 AM | OX-02:02 PM | [530]-Physician | 3.80 | |
| Thu (03/15) | IX-02:02 PM | OX-03:26 PM | [270]-Physician | 1.40 | |



**TURN KEY HEALTH CLINICS LLC**
Client: (0Z262)

## Time Detail Report

Date Range (01/01/2018 - 05/31/2018)
Freeze Time (Unknown)
Generated (07/27/2022 12:19:49)

| Day (Date) | | In | Out | Dept | | | | Hours | Daily | |
|---|---|---|---|---|---|---|---|---|---|---|
| Thu (03/15) | | IX-03:26 PM | OX-06:13 PM | [000]-Physician | | | | 2.78 | | |
| Thu (03/15) | | IX-06:13 PM | OX-08:36 PM | [550]-Physician | | | | 2.38 | | |
| Thu (03/15) | | IX-08:36 PM | OD-12:43 AM | [000]-Physician | | | | 4.12 | 14.48 | |
| Fri (03/16) | | ID-09:36 AM | OD-12:50 PM | [260]-Physician | | | | 3.23 | 3.23 | |
| Sat (03/17) | | — | — | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | | 43.85 | |
| Sun (03/18) | | — | — | | | | | | | |
| Mon (03/19) | | ID-07:03 AM | OX-09:55 AM | [000]-Physician | | | | 2.87 | | |
| Mon (03/19) | | IX-09:55 AM | OD-04:50 PM | [410]-Physician | | | | 6.92 | 9.79 | |
| Tue (03/20) | | ID-08:08 AM | OX-04:30 PM | [410]-Physician | | | | 8.37 | | |
| Tue (03/20) | | IX-04:30 PM | OD-06:37 PM | [000]-Physician | | | | 2.12 | 10.49 | |
| Wed (03/21) | | ID-08:34 AM | OD-04:00 PM | [260]-Physician | | | | 7.43 | 7.43 | |
| Thu (03/22) | | ID-09:05 AM | OX-09:43 AM | [000]-Physician | | | | 0.63 | | |
| Thu (03/22) | | IX-08:43 AM | OX-03:25 PM | [120]-Physician | | | | 6.70 | | |
| Thu (03/22) | | IX-03:25 PM | OD-08:17 PM | [000]-Physician | | | | 4.87 | 12.20 | |
| Fri (03/23) | | ID-07:30 AM | OX-11:26 AM | [550]-Physician | | | | 3.93 | | |
| Fri (03/23) | | IX-11:26 AM | OD-04:23 PM | [000]-Physician | | | | 4.95 | 8.88 | |
| Sat (03/24) | | — | — | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | | 48.79 | |
| Sun (03/25) | | — | — | | | | | | | |
| Mon (03/26) | | ID-12:07 PM | OX-12:36 PM | [000]-Physician | | | | 0.48 | | |
| Mon (03/26) | | IX-12:36 PM | OX-04:53 PM | [120]-Physician | | | | 4.28 | | |
| Mon (03/26) | | IX-04:53 PM | OD-06:05 PM | [000]-Physician | | | | 1.20 | 5.96 | |
| Tue (03/27) | | ID-08:53 AM | OX-11:14 AM | [150]-Physician | | | | 2.35 | | |
| Tue (03/27) | | IX-11:14 AM | OX-01:06 PM | [000]-Physician | | | | 1.87 | | |
| Tue (03/27) | | IX-01:06 PM | OD-05:12 PM | [410]-Physician | | | | 4.10 | 8.32 | |
| Wed (03/28) | | ID-06:51 AM | OX-09:54 AM | [000]-Physician | | | | 3.05 | | |
| Wed (03/28) | | IX-09:54 AM | OX-01:07 PM | [550]-Physician | | | | 3.22 | | |
| Wed (03/28) | | IX-01:07 PM | OD-05:41 PM | [000]-Physician | | | | 4.57 | 10.84 | |
| Thu (03/29) | | ID-11:39 AM | OD-04:01 PM | [000]-Physician | | | | 4.37 | 4.37 | |
| Fri (03/30) | | — | — | | | | | | | |
| Sat (03/31) | | — | — | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | | 29.49 | |
| Sun (04/01) | | — | — | | | | | | | |
| Mon (04/02) | | ID-09:06 AM | OX-01:26 PM | [120]-Physician | | | | 4.33 | | |
| Mon (04/02) | | IX-01:26 PM | OD-04:25 PM | [000]-Physician | | | | 2.98 | 7.31 | |
| Tue (04/03) | | ID-09:52 AM | OX-01:10 PM | [260]-Physician | | | | 3.30 | | |
| Tue (04/03) | | IX-01:10 PM | OD-04:30 PM | [120]-Physician | | | | 3.33 | 6.63 | |
| Wed (04/04) | | ID-10:23 AM | OD-01:30 PM | [260]-Physician | | | | 3.12 | | |
| Wed (04/04) | | ID-01:30 PM | OD-03:47 PM | [260]-Physician | | | | 2.28 | 5.40 | |
| Thu (04/05) | | ID-08:05 AM | OX-09:44 AM | [000]-Physician | | | | 1.65 | | |
| Thu (04/05) | | IX-09:44 AM | OD-04:53 PM | [410]-Physician | | | | 7.15 | 8.80 | |
| Fri (04/06) | | ID-07:58 AM | OD-12:55 PM | [410]-Physician | | | | 4.95 | 4.95 | |
| Sat (04/07) | | — | — | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | | 33.09 | |
| Sun (04/08) | | — | — | | | | | | | |
| Mon (04/09) | | ID-09:06 AM | OD-03:46 PM | [260]-Physician | | | | 6.67 | 6.67 | |
| Tue (04/10) | | ID-08:15 AM | OD-05:00 PM | [260]-Physician | | | | 8.75 | 8.75 | |
| Wed (04/11) | | ID-09:19 AM | OX-02:05 PM | [120]-Physician | | | | 4.77 | | |
| Wed (04/11) | | IX-02:05 PM | OX-04:12 PM | [000]-Physician | | | | 2.12 | | |
| Wed (04/11) | | IX-04:12 PM | OX-05:37 PM | [410]-Physician | | | | 1.42 | | |
| Wed (04/11) | | IX-05:37 PM | OD-09:38 PM | [000]-Physician | | | | 4.02 | 12.33 | |
| Thu (04/12) | | ID-09:00 AM | OD-11:00 AM | [000]-Physician | | | | 2.00 | | |
| Thu (04/12) | | ID-11:30 AM | OD-01:00 PM | [260]-Physician | | | | 1.50 | | |
| Thu (04/12) | | ID-01:00 PM | OD-04:00 PM | [530]-Physician | | | | 3.00 | 6.50 | |
| Fri (04/13) | | ID-08:00 AM | OD-12:00 PM | [400]-Physician | | | | 4.00 | 4.00 | |
| Sat (04/14) | | — | — | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | | 38.25 | |
| Sun (04/15) | | — | — | | | | | | | |
| Mon (04/16) | | ID-01:10 PM | OX-04:36 PM | [410]-Physician | | | | 3.43 | | |
| Mon (04/16) | | IX-04:36 PM | OD-06:00 PM | [000]-Physician | | | | 1.40 | 4.83 | |
| Tue (04/17) | | ID-09:00 AM | OD-04:28 PM | [260]-Physician | | | | 7.47 | 7.47 | |
| Wed (04/18) | | ID-09:06 AM | OX-12:33 PM | [230]-Physician | | | | 3.45 | | |
| Wed (04/18) | | IX-12:33 PM | OD-04:38 PM | [120]-Physician | | | | 4.08 | 7.53 | |
| Thu (04/19) | | ID-05:16 AM | OD-04:17 PM | [020]-Physician | | | | 11.02 | 11.02 | |
| Fri (04/20) | | ID-08:54 AM | OD-04:00 PM | [260]-Physician | | | | 7.10 | 7.10 | |
| Sat (04/21) | | — | — | | | | | | | |
| Total Units/Hours For Week: | | | | | | | | | 37.95 | |



TURN KEY HEALTH CLINICS LLC  
Client: (0Z262)

# Time Detail Report

Date Range (01/01/2018 - 05/31/2018)  
Freeze Time (Unknown)  
Generated (07/27/2022 12:19:49)

| Day (Date) | Type | In | Out | Code | Hours | Daily |
|---|---|---|---|---|---|---|
| Sun (04/22) | | - | - | | | |
| Mon (04/23) | | ID-07:59 AM | OD-03:56 PM | [020]-Physician | 7.95 | 7.95 |
| Tue (04/24) | | ID-06:51 AM | OX-11:15 AM | [260]-Physician | 4.40 | |
| Tue (04/24) | | IX-11:15 AM | OX-12:52 PM | [000]-Physician | 1.62 | |
| Tue (04/24) | | IX-12:52 PM | OD-04:57 PM | [120]-Physician | 4.08 | 10.10 |
| Wed (04/25) | | ID-08:11 AM | OD-11:00 AM | [000]-Physician | 2.82 | |
| Wed (04/25) | | ID-11:00 AM | OD-01:00 PM | [250]-Physician | 2.00 | |
| Wed (04/25) | | ID-01:00 PM | OD-03:49 PM | [000]-Physician | 2.82 | 7.64 |
| Thu (04/26) | | ID-08:01 AM | OD-09:30 AM | [000]-Physician | 1.48 | |
| Thu (04/26) | | ID-09:30 AM | OD-11:30 AM | [220]-Physician | 2.00 | 3.48 |
| Fri (04/27) | Fixed: (PTO) | n/a | n/a | [260]-Physician | 8.00 | 8.00 |
| Sat (04/28) | | - | - | | | |
| **Total Units/Hours For Week:** | | | | | | **37.17** |
| Sun (04/29) | | - | - | | | |
| Mon (04/30) | Fixed: (PTO) | n/a | n/a | [260]-Physician | 8.00 | 8.00 |
| Tue (05/01) | | ID-07:15 AM | OD-08:00 AM | [000]-Physician | 0.75 | |
| Tue (05/01) | | ID-09:00 AM | OD-12:00 PM | [150]-Physician | 3.00 | |
| Tue (05/01) | | ID-12:00 PM | OD-05:00 PM | [260]-Physician | 5.00 | 8.75 |
| Wed (05/02) | | ID-09:00 AM | OD-11:00 AM | [110]-Physician | 2.00 | |
| Wed (05/02) | | ID-11:00 AM | OD-05:00 PM | [020]-Physician | 6.00 | 8.00 |
| Thu (05/03) | | ID-07:13 AM | OX-11:36 AM | [020]-Physician | 4.38 | 4.38 |
| Fri (05/04) | | ID-08:46 AM | OX-12:08 PM | [120]-Physician | 3.37 | |
| Fri (05/04) | | IX-12:08 PM | OD-05:19 PM | [000]-Physician | 5.18 | 8.55 |
| Sat (05/05) | | - | - | | | |
| **Total Units/Hours For Week:** | | | | | | **37.68** |
| Sun (05/06) | | - | - | | | |
| Mon (05/07) | | ID-07:46 AM | OD-03:48 PM | [020]-Physician | 8.03 | 8.03 |
| Tue (05/08) | | ID-07:43 AM | OD-04:01 PM | [020]-Physician | 8.30 | 8.30 |
| Wed (05/09) | | ID-08:12 AM | OX-10:16 AM | [150]-Physician | 2.07 | |
| Wed (05/09) | | IX-10:16 AM | OX-11:40 AM | [230]-Physician | 1.40 | |
| Wed (05/09) | | IX-11:40 AM | OD-04:24 PM | [260]-Physician | 4.73 | 8.20 |
| Thu (05/10) | | ID-09:37 AM | OX-11:45 AM | [260]-Physician | 2.13 | |
| Thu (05/10) | | IX-11:45 AM | OD-01:00 PM | [000]-Physician | 1.25 | |
| Thu (05/10) | | ID-01:00 PM | OD-05:30 PM | [260]-Physician | 4.50 | |
| Thu (05/10) | | ID-05:30 PM | OD-07:08 PM | [260]-Physician | 1.63 | 9.51 |
| Fri (05/11) | | ID-09:05 AM | OD-12:24 PM | [120]-Physician | 3.32 | 3.32 |
| Sat (05/12) | | - | - | | | |
| **Total Units/Hours For Week:** | | | | | | **37.36** |
| Sun (05/13) | | - | - | | | |
| Mon (05/14) | | ID-01:21 PM | OD-04:21 PM | [220]-Physician | 3.00 | 3.00 |
| Tue (05/15) | | ID-08:53 AM | OD-03:08 PM | [120]-Physician | 6.25 | 6.25 |
| Wed (05/16) | | ID-08:31 AM | OX-09:35 AM | [000]-Physician | 1.07 | |
| Wed (05/16) | | IX-09:35 AM | OX-09:35 AM | [150]-Physician | 0.00 | |
| Wed (05/16) | | IX-09:35 AM | OX-11:31 AM | [150]-Physician | 1.93 | |
| Wed (05/16) | | IX-11:31 AM | OX-12:36 PM | [000]-Physician | 1.08 | |
| Wed (05/16) | | IX-12:36 PM | OD-04:00 PM | [260]-Physician | 3.40 | |
| Wed (05/16) | | ID-05:00 PM | OD-05:30 PM | [100]-Physician | 0.50 | 7.98 |
| Thu (05/17) | | ID-09:18 AM | OX-12:35 PM | [120]-Physician | 3.28 | |
| Thu (05/17) | | IX-12:35 PM | OX-01:59 PM | [000]-Physician | 1.40 | |
| Thu (05/17) | | IX-01:59 PM | OD-04:05 PM | [260]-Physician | 2.10 | 6.78 |
| Fri (05/18) | | ID-08:37 AM | OD-03:47 PM | [000]-Physician | 7.17 | 7.17 |
| Sat (05/19) | | - | - | | | |
| **Total Units/Hours For Week:** | | | | | | **31.18** |
| Sun (05/20) | | - | - | | | |
| Mon (05/21) | | ID-02:00 PM | OD-04:00 PM | [110]-Physician | 2.00 | 2.00 |
| Tue (05/22) | | ID-07:57 AM | OX-08:25 AM | [000]-Physician | 0.47 | |
| Tue (05/22) | | IX-08:25 AM | OX-11:36 AM | [120]-Physician | 3.18 | |
| Tue (05/22) | | IX-11:36 AM | OD-01:00 PM | [000]-Physician | 1.40 | |
| Tue (05/22) | | ID-01:00 PM | OD-06:00 PM | [560]-Physician | 5.00 | 10.05 |
| Wed (05/23) | | ID-08:10 AM | OX-01:44 PM | [000]-Physician | 5.57 | |
| Wed (05/23) | | IX-01:44 PM | OX-06:28 PM | [410]-Physician | 4.73 | |
| Wed (05/23) | | IX-06:28 PM | OD-09:28 PM | [000]-Physician | 3.00 | 13.30 |
| Thu (05/24) | | ID-08:39 AM | OD-10:39 PM | [410]-Physician | 14.00 | 14.00 |
| Fri (05/25) | | ID-08:19 AM | OD-09:00 AM | [000]-Physician | 0.68 | |
| Fri (05/25) | | ID-09:00 AM | OD-11:29 AM | [150]-Physician | 2.48 | 3.16 |
| Sat (05/26) | | - | - | | | |
| **Total Units/Hours For Week:** | | | | | | **42.51** |
| Sun (05/27) | | - | - | | | |



TURN KEY HEALTH CLINICS LLC  
Client: (0Z262)

# Time Detail Report

Date Range (01/01/2018 - 05/31/2018)  
Freeze Time (Unknown)  
Generated (07/27/2022 12:19:49)

| Day | Fixed | In | Out | Allocation | | | Hours | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Mon (05/28) | Fixed: (N0H) | n/a | n/a | [260]-Physician | | | 8.00 | 8.00 | |
| Tue (05/29) | | ID-08:35 AM | OX-01:26 PM | [000]-Physician | | | 4.85 | | |
| Tue (05/29) | | IX-01:26 PM | OD-03:21 PM | [120]-Physician | | | 1.92 | 6.77 | |
| Wed (05/30) | | ID-06:59 AM | OX-08:42 AM | [120]-Physician | | | 1.72 | | |
| Wed (05/30) | | IX-08:42 AM | OX-09:11 AM | [000]-Physician | | | 0.48 | | |
| Wed (05/30) | | IX-09:11 AM | OX-10:43 AM | [150]-Physician | | | 1.53 | | |
| Wed (05/30) | | IX-10:43 AM | OD-07:33 PM | [000]-Physician | | | 8.83 | 12.56 | |
| Thu (05/31) | | ID-06:22 AM | OD-09:00 AM | [400]-Physician | | | 2.63 | | |
| Thu (05/31) | | ID-09:00 AM | OD-10:35 AM | [230]-Physician | | | 1.58 | | |
| Thu (05/31) | | IX-10:36 AM | OX-12:32 PM | [000]-Physician | | | 1.93 | | |
| Thu (05/31) | | IX-12:32 PM | OX-02:21 PM | [530]-Physician | | | 1.82 | | |
| Thu (05/31) | | IX-02:21 PM | OD-08:26 PM | [000]-Physician | | | 6.08 | 14.04 | |

Total Hours: 842.82

| Pay Code | Allocation | TaxPrf | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Non Worked Holiday | [260]-Physician | | 8.00 | | |
| Non Worked Holiday | [260]-Physician | | 8.00 | | |
| Regular | [000]-Physician | | 68.72 | | |
| Regular | [000]-Physician | | 98.62 | | |
| Regular | [000]-Physician | | 22.17 | | |
| Regular | [540]-Physician | | 6.07 | | |
| Regular | [530]-Physician | | 15.68 | | |
| Regular | [530]-Physician | | 6.80 | | |
| Regular | [530]-Physician | | 1.82 | | |
| Regular | [400]-Physician | | 34.50 | | |
| Regular | [400]-Physician | | 5.02 | | |
| Regular | [400]-Physician | | 2.63 | | |
| Regular | [290]-Physician | | 0.80 | | |
| Regular | [270]-Physician | | 1.13 | | |
| Regular | [270]-Physician | | 1.40 | | |
| Regular | ==[410]-Physician== | | ==97.61== | | |
| Regular | ==[410]-Physician== | | ==79.19== | | |
| Regular | [260]-Physician | | 41.93 | | |
| Regular | [260]-Physician | | 84.39 | | |
| Regular | [200]-Physician | | 4.15 | | |
| Regular | [120]-Physician | | 30.03 | | |
| Regular | [120]-Physician | | 57.07 | | |
| Regular | [120]-Physician | | 3.64 | | |
| Regular | [150]-Physician | | 10.27 | | |
| Regular | [150]-Physician | | 11.83 | | |
| Regular | [150]-Physician | | 1.53 | | |
| Regular | [020]-Physician | | 18.15 | | |
| Regular | [020]-Physician | | 55.43 | | |
| Regular | [220]-Physician | | 1.75 | | |
| Regular | [220]-Physician | | 5.00 | | |
| Regular | [460]-Physician | | 2.02 | | |
| Regular | [550]-Physician | | 8.32 | | |
| Regular | [550]-Physician | | 9.53 | | |
| Regular | [230]-Physician | | 6.62 | | |
| Regular | [230]-Physician | | 1.58 | | |
| Regular | [140]-Physician | | 3.92 | | |
| Regular | [250]-Physician | | 2.00 | | |
| Regular | [110]-Physician | | 4.00 | | |
| Regular | [100]-Physician | | 0.50 | | |
| Regular | [560]-Physician | | 5.00 | | |
| Paid Time Off | [260]-Physician | | 16.00 | | |

Employee Signature: _____    Days Approved: _____ 0 _____


paycom

| TURN KEY HEALTH CLINICS LLC<br>Client: (0Z262) | Time Detail Report | Date Range (01/01/2018 - 05/31/2018)<br>Freeze Time (Unknown)<br>Generated (07/27/2022 12:19:49) |
|---|---|---|

*(WILLIAM COOPER)*

Supervisor Signature: _____        Days Approved:        0