| EECode | InPunchTime | OutPunchTime | Lastname | Firstname | Badge | Allocation | EarnHours | | Month | Days Worked | Hours Worked | Average Hours per Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A0H8 | 2018-01-02 9:07 AM | 2018-01-02 4:18 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 7.18 | | January | 17 | 168.6 | 38.07096774 |
| A0H8 | 2018-01-03 9:10 AM | 2018-01-03 4:19 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 7.15 | | February | 19 | 180.89 | 45.2225 |
| A0H8 | 2018-01-05 9:45 AM | 2018-01-05 5:16 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 7.52 | | March | 18 | 160.5 | 36.24193548 |
| A0H8 | 2018-01-08 8:31 AM | 2018-01-08 5:58 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.45 | | April | 18 | 130.77 | 30.513 |
| A00D | 2018-01-08 12:30 PM | 2018-01-08 5:00 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 4.5 | | May | 19 | 164.61 | 37.17 |
| A0H8 | 2018-01-09 8:30 AM | 2018-01-09 5:42 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.2 | | | | | |
| A0H8 | 2018-01-10 8:25 AM | 2018-01-10 5:35 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.17 | | | | | |
| A0H8 | 2018-01-11 1:43 PM | 2018-01-11 5:45 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 4.03 | | | | | |
| A0H8 | 2018-01-15 8:41 AM | 2018-01-15 6:07 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.43 | | | | | |
| A00D | 2018-01-15 9:34 AM | 2018-01-15 3:55 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 6.35 | | | | | |
| A0H8 | 2018-01-16 8:37 AM | 2018-01-16 5:57 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.33 | | | | | |
| A00D | 2018-01-16 8:43 AM | 2018-01-16 4:01 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 7.3 | | | | | |
| A0H8 | 2018-01-17 8:31 AM | 2018-01-17 5:40 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.15 | | | | | |
| A00D | 2018-01-17 9:00 AM | 2018-01-17 5:00 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 8 | | | | | |
| A00D | 2018-01-18 9:00 AM | 2018-01-18 5:00 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 8 | | | | | |
| A0H8 | 2018-01-18 12:57 PM | 2018-01-18 5:45 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 4.8 | | | | | |
| A00D | 2018-01-19 9:00 AM | 2018-01-19 5:00 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 8 | | | | | |
| A0H8 | 2018-01-25 8:36 AM | 2018-01-25 5:43 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.12 | | | | | |
| A0H8 | 2018-01-26 8:52 AM | 2018-01-26 12:48 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 3.93 | | | | | |
| A0H8 | 2018-01-29 8:37 AM | 2018-01-29 4:50 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 8.22 | | | | | |
| A0H8 | 2018-01-30 8:41 AM | 2018-01-30 6:11 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.5 | | | | | |
| A0H8 | 2018-01-31 8:40 AM | 2018-01-31 5:56 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.27 | | | | | |
| A0H8 | 2018-02-01 1:04 PM | 2018-02-01 5:47 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 4.72 | | | | | |
| A00D | 2018-02-02 10:18 AM | 2018-02-02 5:00 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 6.7 | | | | | |
| A0H8 | 2018-02-05 8:25 AM | 2018-02-05 5:57 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.53 | | | | | |
| A0H8 | 2018-02-06 8:49 AM | 2018-02-06 5:50 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.02 | | | | | |
| A0H8 | 2018-02-07 8:38 AM | 2018-02-07 6:05 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.45 | | | | | |
| A00D | 2018-02-07 11:29 AM | 2018-02-07 6:00 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 6.52 | | | | | |
| A00D | 2018-02-08 8:23 AM | 2018-02-08 11:00 AM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 2.62 | | | | | |
| A0H8 | 2018-02-08 1:32 PM | 2018-02-08 6:05 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 4.55 | | | | | |
| A0H8 | 2018-02-09 1:01 PM | 2018-02-09 1:38 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 0.62 | | | | | |
| A00D | 2018-02-12 1:15 PM | 2018-02-12 5:19 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 4.07 | | | | | |
| A0H8 | 2018-02-13 10:44 AM | 2018-02-13 6:13 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 7.48 | | | | | |
| A0H8 | 2018-02-14 8:46 AM | 2018-02-14 6:06 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.33 | | | | | |
| A00D | 2018-02-15 1:00 PM | 2018-02-15 5:11 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 4.18 | | | | | |
| A0H8 | 2018-02-15 2:18 PM | 2018-02-15 6:41 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 4.38 | | | | | |
| A00D | 2018-02-19 7:04 AM | 2018-02-19 3:26 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 8.37 | | | | | |
| A0H8 | 2018-02-19 9:00 AM | 2018-02-19 6:40 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.67 | | | | | |
| A0H8 | 2018-02-20 7:41 AM | 2018-02-20 6:50 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 11.15 | | | | | |
| A00D | 2018-02-21 8:00 AM | 2018-02-21 5:00 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 9 | | | | | |
| A0H8 | 2018-02-21 8:31 AM | 2018-02-21 6:31 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 10 | | | | | |
| A00D | 2018-02-22 8:00 AM | 2018-02-22 5:00 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 9 | | | | | |
| A0H8 | 2018-02-22 1:13 PM | 2018-02-22 6:21 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 5.13 | | | | | |
| A00D | 2018-02-23 8:00 AM | 2018-02-23 1:00 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 5 | | | | | |
| A0H8 | 2018-02-23 8:52 AM | 2018-02-23 12:30 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 3.63 | | | | | |
| A0H8 | 2018-02-26 8:32 AM | 2018-02-26 5:39 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.12 | | | | | |
| A0H8 | 2018-02-27 9:29 AM | 2018-02-27 6:03 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 8.57 | | | | | |
| A0H8 | 2018-02-28 9:01 AM | 2018-02-28 6:06 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.08 | | | | | |
| A00D | 2018-03-05 11:41 AM | 2018-03-05 5:02 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 5.35 | | | | | |
| A00D | 2018-03-06 8:28 AM | 2018-03-06 3:58 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 7.5 | | | | | |
| A0H8 | 2018-03-06 8:47 AM | 2018-03-06 6:27 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.67 | | | | | |
| A0H8 | 2018-03-07 12:59 PM | 2018-03-07 6:20 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 5.35 | | | | | |
| A0H8 | 2018-03-08 1:17 PM | 2018-03-08 6:52 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 5.58 | | | | | |
| A0H8 | 2018-03-12 8:49 AM | 2018-03-12 6:20 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.52 | | | | | |

| Code | Start | End | Last | First | ID | Location | Hours |
|---|---|---|---|---|---|---|---|
| A00D | 2018-03-12 3:47 PM | 2018-03-12 6:30 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 2.72 |
| A00D | 2018-03-13 8:18 AM | 2018-03-13 4:51 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 8.55 |
| A0H8 | 2018-03-13 8:44 AM | 2018-03-13 6:00 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.27 |
| A0H8 | 2018-03-14 8:55 AM | 2018-03-14 5:57 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.03 |
| A0H8 | 2018-03-15 1:56 PM | 2018-03-15 5:45 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 3.82 |
| A0H8 | 2018-03-19 8:43 AM | 2018-03-19 5:56 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.22 |
| A00D | 2018-03-19 9:55 AM | 2018-03-19 4:50 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 6.92 |
| A00D | 2018-03-20 8:08 AM | 2018-03-20 4:30 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 8.37 |
| A0H8 | 2018-03-20 8:41 AM | 2018-03-20 6:13 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.53 |
| A0H8 | 2018-03-21 8:57 AM | 2018-03-21 6:21 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.4 |
| A0H8 | 2018-03-22 3:05 PM | 2018-03-22 6:11 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 3.1 |
| A0H8 | 2018-03-26 9:00 AM | 2018-03-26 6:26 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.43 |
| A0H8 | 2018-03-27 8:09 AM | 2018-03-27 7:05 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 10.93 |
| A00D | 2018-03-27 1:06 PM | 2018-03-27 5:12 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 4.1 |
| A0H8 | 2018-03-28 9:04 AM | 2018-03-28 6:05 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.02 |
| A0H8 | 2018-03-29 2:02 PM | 2018-03-29 6:09 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 4.12 |
| A0H8 | 2018-04-02 10:55 AM | 2018-04-02 7:10 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 8.25 |
| A0H8 | 2018-04-03 7:48 AM | 2018-04-03 7:12 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 11.4 |
| A0H8 | 2018-04-04 8:38 AM | 2018-04-04 1:30 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 4.87 |
| A00D | 2018-04-05 9:44 AM | 2018-04-05 4:53 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 7.15 |
| A0H8 | 2018-04-05 4:47 PM | 2018-04-05 7:46 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 2.98 |
| A0H8 | 2018-04-06 7:30 AM | 2018-04-06 8:59 AM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 1.48 |
| A00D | 2018-04-06 7:58 AM | 2018-04-06 12:55 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 4.95 |
| A0H8 | 2018-04-06 8:59 AM | 2018-04-06 9:56 AM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 0.95 |
| A0H8 | 2018-04-09 8:47 AM | 2018-04-09 6:10 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.38 |
| A0H8 | 2018-04-09 6:10 PM | 2018-04-09 6:10 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 0 |
| A0H8 | 2018-04-10 9:18 AM | 2018-04-10 6:44 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.43 |
| A00D | 2018-04-11 4:12 PM | 2018-04-11 5:37 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 1.42 |
| A0H8 | 2018-04-12 2:42 PM | 2018-04-12 8:05 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 5.38 |
| A0H8 | 2018-04-16 9:01 AM | 2018-04-16 6:21 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.33 |
| A00D | 2018-04-16 1:10 PM | 2018-04-16 4:36 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 3.43 |
| A0H8 | 2018-04-17 8:24 AM | 2018-04-17 11:08 AM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 2.73 |
| A0H8 | 2018-04-19 8:54 AM | 2018-04-19 2:09 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 5.25 |
| A0H8 | 2018-04-23 9:01 AM | 2018-04-23 6:53 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.87 |
| A0H8 | 2018-04-24 9:00 AM | 2018-04-24 7:28 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 10.47 |
| A0H8 | 2018-04-25 9:00 AM | 2018-04-25 6:12 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-Physician | 9.2 |
| A0H8 | 2018-04-26 7:35 PM | 2018-04-26 9:59 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 2.4 |
| A0H8 | 2018-04-27 12:30 PM | 2018-04-27 1:30 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 1 |
| A0H8 | 2018-04-30 9:03 AM | 2018-04-30 6:30 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.45 |
| A0H8 | 2018-05-01 1:30 PM | 2018-05-01 6:19 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 4.82 |
| A0H8 | 2018-05-02 9:02 AM | 2018-05-02 6:37 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.58 |
| A0H8 | 2018-05-03 9:12 AM | 2018-05-03 6:03 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 8.85 |
| A0H8 | 2018-05-04 1:00 PM | 2018-05-04 4:42 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-Physician | 3.7 |
| A0H8 | 2018-05-07 9:54 AM | 2018-05-07 6:40 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 8.77 |
| A0H8 | 2018-05-08 9:04 AM | 2018-05-08 5:32 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 8.47 |
| A0H8 | 2018-05-09 9:39 AM | 2018-05-09 5:42 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 8.05 |
| A0H8 | 2018-05-10 9:39 AM | 2018-05-10 5:35 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 7.93 |
| A0H8 | 2018-05-14 9:08 AM | 2018-05-14 5:30 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 8.37 |
| A0H8 | 2018-05-15 9:02 AM | 2018-05-15 5:44 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 8.7 |
| A0H8 | 2018-05-16 9:50 AM | 2018-05-16 6:02 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-Physician | 8.2 |
| A0H8 | 2018-05-21 9:00 AM | 2018-05-21 6:00 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9 |
| A0H8 | 2018-05-22 9:37 AM | 2018-05-22 5:53 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 8.27 |
| A0H8 | 2018-05-23 9:10 AM | 2018-05-23 6:08 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-Physician | 8.97 |
| A00D | 2018-05-23 1:44 PM | 2018-05-23 6:28 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 4.73 |
| A0H8 | 2018-05-24 8:31 AM | 2018-05-24 6:22 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.85 |

| A00D | 2018-05-24 8:39 AM | 2018-05-24 10:39 PM | COOPER | WILLIAM | 2185 | Tulsa County Jail-Physician | 14 | | | | |
| A0H8 | 2018-05-29 9:08 AM | 2018-05-29 6:24 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 9.27 | | | | |
| A0H8 | 2018-05-30 9:07 AM | 2018-05-30 5:57 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 8.83 | | | | |
| A0H8 | 2018-05-31 12:02 PM | 2018-05-31 6:17 PM | LEMONS | KIMBERLY | 6924 | Tulsa County Jail-DNU - Unassig | 6.25 | | | | |