# Request Report

Printed: 5/22/2018 12:56:36PM

---

| Request Number: | 1552884 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-QQ-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

**Stamp**  **Action**  **Detail**                               **User**

01/19/2018 02:00 pm
   ORIGINAL REQUEST:
     SUPPOSED TO BE ON SEROQUIL AND ZOLOFT
01/19/2018 06:12 pm                                            AIRVIN
   CLOSED:
     We do not give Seroquel here. I will let Dr. Lewis know so that he can schedule you.

---

| Request Number: | 1556471 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-QQ-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

**Stamp**  **Action**  **Detail**                               **User**

01/30/2018 08:09 pm
   ORIGINAL REQUEST:
     BIBLE PLEASE
01/31/2018 08:42 am                                            SEMERY
   CLOSED:
     <NO COMMENT GIVEN>

---

| Request Number: | 1556472 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-QQ-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

**Stamp**  **Action**  **Detail**                               **User**

01/30/2018 08:10 pm
   ORIGINAL REQUEST:
     WHY CANT I ORDER COMMISARY???
01/31/2018 07:56 am                                            DBENNETT
   CLOSED:
     Kiosks are closed on our delivery days which are Tuesdays & Fridays

---

| Request Number: | 1556473 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-QQ-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

**Stamp**  **Action**  **Detail**                               **User**

01/30/2018 08:11 pm
   ORIGINAL REQUEST:
     VAMPIRE OR VAMPIRE HUNTER FICTION BOOK
01/31/2018 11:08 am                                            SEMERY
   CLOSED:
     We don't have this, or are out of this type at this time. Our books are donated and we are limited on what we have. You will get a book faster if you request by type of book such as mystery, romance, sci- fi, action/adventure, etc. We do not give out encyclopedias, hard back dictionaries, or text books, newspapers or magazines

| Request Number: | 1558232 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-QQ-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|
| 02/05/2018 01:52 pm | | | | |
| ORIGINAL REQUEST: | | | | |
| NEED MEDS CHANGED ASAP VOICES IN HEAD MADE LOUDER BY CURRENT MEDS SO I STOPPED TAKING THEM AND VOICES HAVENT QUITED BACK DOWN. THEY ARE ALSO MAKING IT HARD TO SLEEP AT NIGHT | | | | |
| 02/06/2018 09:14 am | | | AIRVIN | |
| CLOSED: | | | | |
| You will have to be seen first by Dr. Lewis. | | | | |

| Request Number: | 1558233 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-QQ-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|
| 02/05/2018 01:52 pm | | | | |
| ORIGINAL REQUEST: | | | | |
| ACTION | | | | |
| 02/06/2018 07:36 am | | | SEMERY | |
| CLOSED: | | | | |
| We will be sending you a book. Be advised that our books are donated and we are limited on what we have. If we did not have what was requested we try to send a similar book. Be patient for delivery. We will get them out as soon as we are able. Also, please be advised books will only be delivered on Friday's | | | | |

| Request Number: | 1560452 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-QQ-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|
| 02/13/2018 11:39 am | | | EJACOBI | |
| CLOSED: | | | | |
| <NO COMMENT GIVEN> | | | | |
| 02/13/2018 09:47 am | | | | |
| ORIGINAL REQUEST: | | | | |
| DIDNT GET ME FRESH FAVORITES ON 2/8/18 SANDRA COKER ORDERED ME TACOS BUT I NEVER RECIEVED THEM | | | | |

| Request Number: | 1560454 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-QQ-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|
| 02/13/2018 09:48 am | | | | |
| ORIGINAL REQUEST: | | | | |
| WHO IS MY ATTORNY AND WHEN WILL I MEET WITH THEM | | | | |
| 02/13/2018 12:42 pm | | | PDEFENDER | |
| CLOSED: | | | | |
| Gina Cowley is your appointed counsel. She is not a public defender, so I cannot assist you any further. I imagine that she will be in to see you soon. | | | | |

| Request Number: | 1560455 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-QQ-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

02/13/2018 03:10 pm — AIRVIN
  CLOSED:
    You are taking Paxil. Please allow time to work.
02/13/2018 09:55 am
  ORIGINAL REQUEST:
    WOULD LIKE TO BE PUT ON SOMETHING FOR MY ANXIETY. MY ZOLOFT WAS HELPING WITH THAT SOME BUT YALL TOOK ME OFF IT

| Request Number: | 1564437 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-QQ-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

02/26/2018 02:18 pm
  ORIGINAL REQUEST:
    NEED PHONE PIN CHANGED WOULD LIKE IT CHANGED TO 1994
02/27/2018 08:47 am — GBUGGS
  CLOSED:
    You will need send a request to Phone Time Issues

| Request Number: | 1564438 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-QQ-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

02/27/2018 12:13 pm — SEMERY
  CLOSED:
    We will be sending you a book. Be advised that our books are donated and we are limited on what we have. If we did not have what was requested we try to send a similar book. Be patient for delivery. We will get them out as soon as we are able. Also, please be advised books will only be delivered on Friday's
02/26/2018 02:18 pm
  ORIGINAL REQUEST:
    ADVENTURE

| Request Number: | 1564775 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-QQ-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

02/27/2018 01:13 pm
  ORIGINAL REQUEST:
    MONEY CAME UP MISSING ON MY PHONE ACCOUNT, NEED PIN CHANGED ASAP. WOULD LIKE IT CHANGED TO 1994 PLEASE AND THANK YOU
02/28/2018 10:01 am
  INMATE RESPONSE:
    I NO LONGER HAVE ACESS TO MY ACCOUNT MY PIN WAS NEVER CHANGED FROM MY BIRTH MONTH AND DAY SO WHO EVER HAD MY PIN CHANGED IT WHEN IT WAS RESET. THE LAST PIN DEBT CALL I MADE THAT WENT THROUGH WAS TO 4052851202 AND I HAD 552 LEFT ON MY ACCOUNT AFTER THE CALL

| Request Number: | 1564775 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-QQ-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

02/28/2018  02:39 pm
**INMATE RESPONSE:**
9188192194 8033100115 5802779610 5802668475 4053975986 4052851202 4055032560 4052081463 4053409236 4053480163 5867471901 THOSE ARE ALL THE NUMBERS I CALL

02/27/2018  01:56 pm                                                                                     MLOPEZ
**RESPONSE:**
PIN has been reset, but you will have to setup a new PIN yourself. WE DO NOT SET PINS.

02/27/2018  01:56 pm                                                                                     MLOPEZ
**GROUP ASSIGNED CHANGED**
TO INVESTIGATIONS

02/28/2018  01:01 pm                                                                                     EBECK
**RESPONSE:**
Read the response....What are the numbers that you call ? I do not need to know your PIN.

02/27/2018  02:56 pm                                                                                     EBECK
**RESPONSE:**
What are the numbers that you call?

02/28/2018  03:51 pm                                                                                     EBECK
**CLOSED:**
In order to possibly get a refund you will need to notify your POD officer that you have been the victim of a crime. A Deputy will take a report, it will be investigated and if a suspect is found and arrested it will be sent to the District Attorney's Office and they will decide whether to file charges. If charges are filed a trial will occur and you will have to testify that you have never given, loaned, borrowed, bought, sold or stolen a phone call. If the suspect is found guilty, you MAY be reimbursed from the Victim's Compensation Fund (VCF). All of the other numbers have been blocked.

| Request Number: | 1565023 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J8- RR-1 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

02/28/2018  01:01 pm                                                                                     EBECK
**CLOSED:**
<NO COMMENT GIVEN>

02/28/2018  11:07 am                                                                                     MLOPEZ
**RESPONSE:**
PIN was reset again.

02/28/2018  11:07 am                                                                                     MLOPEZ
**GROUP ASSIGNED CHANGED**
TO INVESTIGATIONS

02/28/2018  10:03 am
**ORIGINAL REQUEST:**
PHONE PIN WAS NEVR CHANGED FROM MY BIRTHDAY AND MONTH, SO WHEN YALL RESET MYPIN WHO EVER HAD ACESS TO IT CHANGED IT BECAUSE I NO LONGER HAVE ACCESS TO MY PHONE ACCOUNT

02/28/2018  12:05 pm
**INMATE RESPONSE:**
K GOT IT CHANGED THANKS

| Request Number: | 1565024 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J8- RR-1 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

| Request Number: | 1565024 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J8- RR-1 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

02/28/2018 10:04 am
   ORIGINAL REQUEST:
      JUST GOT OUTOF SEG AND THEY ONLY GAVE ME ONE SET OF CLOTHES NEED A SECOND SET PLEASE
02/28/2018 03:31 pm
   INMATE RESPONSE:
      2X PANTS AND 3X SHIRT AND SOCKS, I NEVER GOT GIVEN SOCKS
03/01/2018 10:44 am       CPINA
   CLOSED:
      filled

| Request Number: | 1565525 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J8- RR-1 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

03/04/2018 02:23 pm       CHUGHART
   CLOSED:
      you will need to resubmit your request on monday 3/5/18.
03/01/2018 03:38 pm       MLOPEZ
   GROUP ASSIGNED CHANGED
      TO VISITATION
03/01/2018 03:32 pm
   ORIGINAL REQUEST:
      NEED MY HOMEWAV PASSWORD RESET BECAUSE I DONT KNOW WHAT IT IS

| Request Number: | 1565584 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J8- RR-1 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

03/01/2018 07:42 pm
   ORIGINAL REQUEST:
      PILLS NOT WORKING AS WELL AS THEY WERE AT FIRST CAN WE UP THE DOSE OR PUT ME ON SOME THING
   ELSE PLEASE
03/02/2018 08:42 am       AIRVIN
   CLOSED:
      You are only 65% compliant with Abilify. You must be 100% for 2 weeks.

| Request Number: | 1565686 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J8- RR-1 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

03/05/2018 02:28 pm       CBROEKER
   CLOSED:
      I will put you on the list to intiate the possibility. Thank you.
04/09/2018 09:14 am       CBROEKER
   CLOSED:
      I never said I do not believe you, I said I need verification to process the request.

| Request Number: 1565686 | Status: CLOSED | Inmate Name: RUTLEDGE, TY |
|---|---|---|
| Initial Location: J8- RR-1 | | Current Location: J11-GG-2 |
| Inmate Number: 1254735 | | Inmate Secondary Number: |

| Stamp | Action Detail | User |
|---|---|---|

04/06/2018 04:34 pm — CBROEKER
  [DRAFT]
  Sorry, but I need this does qualify as legitimacy. I hope to start having more Messanic services in the Seg pods in May. If you attend them we will have enough to verify the faith. Thank you.

04/06/2018 05:00 pm — CBROEKER
  CLOSED:
  Sorry, but I need this does qualify as legitimacy. I hope to start having more Messanic services in the Seg pods in May. If you attend them we will have enough to verify the faith. Thank you.

04/03/2018 02:49 pm — CBROEKER
  CLOSED:
  I sent him a message and am waiting for a reply.

04/05/2018 10:22 am — CBROEKER
  CLOSED:
  Rabbi Harris replied that he has no record of your attendance and neither does the staff have memory of your attendance. Do you know of any other Rabbis who can attest your validity?

03/26/2018 04:49 pm — CBROEKER
  CLOSED:
  I need you to reply back with the name of the Temple you came from and the Rabbi

03/02/2018 10:13 am
  ORIGINAL REQUEST:
  IM JEWISH I HAVE BEEN IN SEG AND JUST GOT OUT I DIDNT THINK I WAS ALLOWED A RELIGIOUS DIET IN SEG COULD I GET MY RELIGIOUS DIET NOW PLEASE AND THANK YOU

03/26/2018 02:48 pm
  INMATE APPEAL:
  HOW LONG WILL IT TAKE

04/03/2018 02:36 pm
  INMATE APPEAL:
  TEMPLE BNAI ISRAEL IN OKC RABBI IS VERED HARRIS

04/05/2018 10:47 am
  INMATE APPEAL:
  I WENT THERE FOR ABOUT A MONTH IN 2017

04/06/2018 11:38 pm
  INMATE APPEAL:
  SO BECAUSE YOU DONT BELIEVE I AM JEWISH I CANT HAVE MY RELIGIOUS DIET? SOUNDS LIKE I NEED TO GET MY SELF A LAWYER AND TAKE LEGAL ACTION JUST TO GET MY KOSHER DIET

| Request Number: 1565758 | Status: CLOSED | Inmate Name: RUTLEDGE, TY |
|---|---|---|
| Initial Location: J8- RR-1 | | Current Location: J11-GG-2 |
| Inmate Number: 1254735 | | Inmate Secondary Number: |

| Stamp | Action Detail | User |
|---|---|---|

03/02/2018 12:15 pm
  ORIGINAL REQUEST:
  IM SEEING LIL GREEN MEN RIDING HORSES IM MY CELL AND THEY R KEEPIMG ME UP AT NIGHT WITH ALL THEIR YELLING AND GALLOPING AROUND

03/03/2018 03:25 pm — JFOX
  CLOSED:
  You have a follow-up appointment with Psychiatry scheduled to discuss your medication.

| Request Number: | 1566327 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J8- RR-1 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

03/08/2018 08:41 am — CPINA
CLOSED:
  <NO COMMENT GIVEN>
03/04/2018 02:40 pm
  ORIGINAL REQUEST:
    CAN I TRADE OUT MY 3X PANTS FOR 2X AND MY 2X BOXERS FOR XL

| Request Number: | 1566456 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J8- RR-1 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

03/05/2018 09:53 am
  ORIGINAL REQUEST:
    DONT KNOW HOMEWAV PIN NEED IT RESET
03/11/2018 02:19 pm — CHUGHART
  CLOSED:
    we are having a issue with homewav. hopefully that will be resolved this week.
03/05/2018 09:54 am — MLOPEZ
  GROUP ASSIGNED CHANGED
    TO VISITATION

| Request Number: | 1566523 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J8- RR-1 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

03/05/2018 02:08 pm — SEMERY
  CLOSED:
    We will be sending you a book. Be advised that our books are donated and we are limited on what we have. If we did not have what was requested we try to send a similar book. Be patient for delivery. We will get them out as soon as we are able. Also, please be advised books will only be delivered on Friday's
03/05/2018 12:53 pm
  ORIGINAL REQUEST:
    ACTION

| Request Number: | 1566889 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J8- RR-1 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

03/06/2018 02:26 pm
  ORIGINAL REQUEST:
    WHEN IS MY APPOINTMENT
03/07/2018 10:29 am
  INMATE APPEAL:
    IM NOT IN SEG ANYMORE

| Request Number: | 1566889 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J8- RR-1 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|
| 03/08/2018 10:20 am | | | AIRVIN | |
| CLOSED: | | | | |
| Seen today | | | | |
| 03/07/2018 09:16 am | | | AIRVIN | |
| CLOSED: | | | | |
| You were just seen on 2/9. You will be seen on seg rounds. | | | | |

| Request Number: | 1568496 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|
| 03/12/2018 10:55 am | | | MLOPEZ | |
| CLOSED: | | | | |
| Reset. | | | | |
| 03/12/2018 10:20 am | | | | |
| ORIGINAL REQUEST: | | | | |
| NEED PIN RESET | | | | |

| Request Number: | 1569370 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|
| 03/14/2018 03:58 pm | | | | |
| ORIGINAL REQUEST: | | | | |
| ADVENTURE | | | | |
| 03/19/2018 09:08 am | | | SEMERY | |
| CLOSED: | | | | |
| We will be sending you a book. Be advised that our books are donated and we are limited on what we have. If we did not have what was requested we try to send a similar book. Be patient for delivery. We will get them out as soon as we are able. Also, please be advised books will only be delivered on Friday's | | | | |

| Request Number: | 1569371 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|
| 03/15/2018 09:28 am | | | AIRVIN | |
| CLOSED: | | | | |
| You were noncompliant, which is why he did not change. You will have to be seen by him first. | | | | |
| 03/14/2018 03:58 pm | | | | |
| ORIGINAL REQUEST: | | | | |
| NEED MEDS UPPED | | | | |

| Request Number: | 1569943 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

**Stamp**   **Action** **Detail**                                    **User**

03/16/2018 02:24 pm
   ORIGINAL REQUEST:
      CAN I HAVE PRESCRIPTION GLASSES MAILED UP HERE FROM THE EYE DOCTOR
03/19/2018 04:20 pm
   INMATE APPEAL:
      SO HAVE THEM ADDRESSED TO ME WITH C/O MEDICAL ON IT?
03/20/2018 11:57 am                                                 AMARIANI
   CLOSED:
      Yes you can have prescription eye glasses mailed here if they are shipped directly from either the Eye doctors office or the manufacture. They must be addressed to you in C/O Medical Department. Thank you
      Angela
03/19/2018 04:24 pm                                                 CBROEKER
   GROUP ASSIGNED CHANGED
      TO MEDICAL
03/16/2018 03:14 pm                                                 RHERMAN
   CLOSED:
      You need to have them sent to medical and they will get them to you

| Request Number: | 1569945 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

**Stamp**   **Action** **Detail**                                    **User**

03/17/2018 04:44 pm                                                 JFOX
   CLOSED:
      You are scheduled to see Psychiatry
03/16/2018 02:24 pm
   ORIGINAL REQUEST:
      NEED MEDS UPPED VOICES COMING BACK

| Request Number: | 1569971 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

**Stamp**   **Action** **Detail**                                    **User**

03/16/2018 02:43 pm
   ORIGINAL REQUEST:
      ACTION
03/19/2018 10:46 am                                                 SEMERY
   CLOSED:
      We will be sending you a book. Be advised that our books are donated and we are limited on what we have. If we did not have what was requested we try to send a similar book.  Be patient for delivery.  We will get them out as soon as we are able. Also, please be advised books will only be delivered on Friday's

| Request Number: | 1572938 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

**Stamp**   **Action** **Detail**                                    **User**

| Request Number: | 1572938 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

03/26/2018 04:36 pm — JFOX
  CLOSED:
    You have a follow-up appointment with Psychiatry scheduled to discuss your medication.
03/26/2018 02:46 pm
  ORIGINAL REQUEST:
    CAN I GET PUT BACK ON MY ABILIFY PLEASE I DONT KNOW WHY I WAS TAKEN OFF IT TO BEGIN WITH

| Request Number: | 1573897 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

03/29/2018 10:57 am
  ORIGINAL REQUEST:
    ADVENTURE
03/29/2018 12:16 pm — SEMERY
  CLOSED:
    We will be sending you a book. Be advised that our books are donated and we are limited on what we have. If we did not have what was requested we try to send a similar book. Be patient for delivery. We will get them out as soon as we are able. Also, please be advised books will only be delivered on Thursdays

| Request Number: | 1575379 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

04/04/2018 07:19 am — SEMERY
  CLOSED:
    We will be sending you a book. Be advised that our books are donated and we are limited on what we have. If we did not have what was requested we try to send a similar book. Be patient for delivery. We will get them out as soon as we are able. Also, please be advised books will only be delivered on Thursdays
04/03/2018 02:37 pm
  ORIGINAL REQUEST:
    ACTION

| Request Number: | 1575380 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

04/03/2018 02:38 pm
  ORIGINAL REQUEST:
    NEED HOMEWAV PIN RESET
04/03/2018 02:40 pm — MLOPEZ
  GROUP ASSIGNED CHANGED
  TO VISITATION
04/11/2018 01:29 pm — CHUGHART
  CLOSED:
    we will reset your homewav account this afternoon.

| Request Number: | 1575932 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

**Stamp** **Action** **Detail** — **User**

04/06/2018 02:13 pm — AIRVIN
 CLOSED:
  Message sent to Dr. Lewis.
04/05/2018 11:33 am
 ORIGINAL REQUEST:
  KEEP HAVING NIGHTMARES THAT WAKE ME UP AT NIGHT

| Request Number: | 1576530 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

**Stamp** **Action** **Detail** — **User**

04/06/2018 11:39 pm
 ORIGINAL REQUEST:
  NEED HOMEWAV PIN RESET
04/11/2018 01:34 pm — CHUGHART
 CLOSED:
  double entry
04/09/2018 07:09 am — MLOPEZ
 GROUP ASSIGNED CHANGED
  TO VISITATION

| Request Number: | 1578347 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

**Stamp** **Action** **Detail** — **User**

04/13/2018 08:16 am — AIRVIN
 CLOSED:
  Message sent to Dr. Lewis to review.
04/12/2018 05:25 pm
 ORIGINAL REQUEST:
  STILL HAVING NIGHTMARES THAT WAKE ME UP AT NIGHT

| Request Number: | 1578661 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

**Stamp** **Action** **Detail** — **User**

04/13/2018 03:27 pm
 ORIGINAL REQUEST:
  DR PEPPER
04/16/2018 01:09 pm — JLUNSFORD
 CLOSED:
  <NO COMMENT GIVEN>

| Request Number: | 1579834 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

04/17/2018 04:55 pm  IMCCALL
CLOSED:
I have lots of books to process, the should be to you this week.

04/30/2018 12:26 pm  CBROEKER
CLOSED:
We recieved several books this week. Have you recieved your yet?

04/17/2018 10:00 am
ORIGINAL REQUEST:
MOM MAILED ME 3 BOOKS AND SHE SAID THEY ARRIVED MONDAY, TUESDAY, AND FRIDAY OF LAST WEEK AND I STILL HAVENT RECIEVED THEM

04/25/2018 06:30 pm
INMATE APPEAL:
STILL HAVENT RECIEVED 2 OUT OF THE 3 BOOKS

| Request Number: | 1579835 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

04/20/2018 09:13 am  AIRVIN
CLOSED:
That is the only medication given for nightmares.

04/17/2018 10:01 am
ORIGINAL REQUEST:
STILL HAVING NIGHTMARES THAT WAKE ME UP AT NIGHT

04/19/2018 05:13 pm
INMATE APPEAL:
IS THERE A DIFF MEDICATION I CAN BE PUT ON FOR IT

04/17/2018 10:31 am  AIRVIN
CLOSED:
You are at max dose for the nightmare medication.

| Request Number: | 1579853 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

04/17/2018 11:06 am  CPINA
CLOSED:
filled

04/17/2018 11:04 am
ORIGINAL REQUEST:
NEED NEW SHOES SIZE 13/14 MINE R BROKEN

| Request Number: | 1582886 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action Detail | | User | |
|---|---|---|---|---|

| Request Number: | 1582886 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action | Detail | User |
|---|---|---|---|

04/25/2018  06:32 pm
   ORIGINAL REQUEST:
     HAVING TROUBLE GETTING TO SLEEP AND STAYING ASLEEP
05/01/2018  02:53 pm
   INMATE APPEAL:
     IM IN SEG I DONT SEE DR LEWIS
05/01/2018  02:57 pm                                      AIRVIN
   CLOSED:
     Dr. Lewis will still see you every 60-90 days.
04/26/2018  09:54 am                                      AIRVIN
   CLOSED:
     You can discuss with Dr. Lewis at your next visit.

| Request Number: | 1582888 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action | Detail | User |
|---|---|---|---|

04/25/2018  06:33 pm
   ORIGINAL REQUEST:
     ACTION
04/30/2018  09:16 am                                      SEMERY
   CLOSED:
     We will be sending you a book. Be advised that our books are donated and we are limited on what we have. If we did not have what was requested we try to send a similar book.  Be patient for delivery.  We will get them out as soon as we are able. Also, please be advised books will only be delivered on Wednesday

| Request Number: | 1594841 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action | Detail | User |
|---|---|---|---|

05/02/2018  07:32 am
   ORIGINAL REQUEST:
     HAVING TROUBLE SLEEPING STILL
05/02/2018  10:03 am                                      AIRVIN
   CLOSED:
     Medication is not given for sleep.

| Request Number: | 1596735 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp | Action | Detail | User |
|---|---|---|---|

05/07/2018  04:02 pm
   ORIGINAL REQUEST:
     VOICES IN MY HEAD GETTING LOUDER

| Request Number: | 1596735 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp / Action / Detail | User |
|---|---|
| 05/16/2018 08:30 am<br>  INMATE APPEAL:<br>    NO ONE HAS CAME TO TALK TO ME YET | |
| 05/18/2018 04:55 pm<br>  INMATE APPEAL:<br>    NO ONE TALKED TO ME | |
| 05/08/2018 12:27 pm<br>  CLOSED:<br>    A mental health therapist will come and talk to you. | THALL |
| 05/16/2018 09:39 am<br>  CLOSED:<br>    You were seen on seg rounds last week. | AIRVIN |
| 05/21/2018 05:49 am<br>  CLOSED:<br>    <NO COMMENT GIVEN> | GDAULTON |

| Request Number: | 1596886 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp / Action / Detail | User |
|---|---|
| 05/16/2018 09:39 am<br>  CLOSED:<br>    Dr. Lewis has reviewed. | AIRVIN |
| 05/08/2018 12:21 pm<br>  CLOSED:<br>    I will forward this to Dr. Lewis | THALL |
| 05/08/2018 08:45 am<br>  ORIGINAL REQUEST:<br>    PARANOIA WORSE THAN ITS BEEN SINCE I BEEN LOCKED UP | |
| 05/16/2018 08:30 am<br>  INMATE APPEAL:<br>    PARANOIA STILL BAD | |

| Request Number: | 1596898 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp / Action / Detail | User |
|---|---|
| 05/16/2018 09:40 am<br>  CLOSED:<br>    You are on an antidepressant. You are taking Paxil. | AIRVIN |
| 05/08/2018 10:01 am<br>  ORIGINAL REQUEST:<br>    BEEN DEPRESSED LATELY | |
| 05/16/2018 08:29 am<br>  INMATE APPEAL:<br>    PUT ME ON ANTI DEPRESSANTS | |

| Request Number: | 1596898 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp  Action Detail | User |
|---|---|
| 05/18/2018 04:55 pm  INMATE APPEAL:  CAN YOU INCREASE IT | |
| 05/08/2018 12:37 pm  CLOSED:  how can we help you? | THALL |
| 05/21/2018 05:49 am  CLOSED:  <NO COMMENT GIVEN> | GDAULTON |

| Request Number: | 1599169 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp  Action Detail | User |
|---|---|
| 05/21/2018 05:48 am  CLOSED:  <NO COMMENT GIVEN> | GDAULTON |
| 05/15/2018 10:11 am  ORIGINAL REQUEST:  I WANT ONE | |

| Request Number: | 1600654 | Status: CLOSED | Inmate Name: | RUTLEDGE, TY |
|---|---|---|---|---|
| Initial Location: J11-GG-2 | | | Current Location: J11-GG-2 | |
| Inmate Number: | 1254735 | | Inmate Secondary Number: | |

| Stamp  Action Detail | User |
|---|---|
| 05/18/2018 04:57 pm  ORIGINAL REQUEST:  DO JUSTICE GRABBED MY ASS WHEN HE PUT ME IN THE SHOWER WEDNESDAY AT 910/915 | |
| 05/21/2018 05:50 am  CLOSED:  <NO COMMENT GIVEN> | GDAULTON |

**Total Requests:**    **47**