

**NORMAN WOHLGEMUTH**
ATTORNEYS AT LAW

Jo Lynn Jeter
401 S. Boston Ave.
Suite 3200
Tulsa, OK 74103

P: 918.583.7571
F: 918.584.7846
D: 918.732.1131

www.NWLawOK.com

Joel L. Wohlgemuth
JWohlgemuth@NWLawOK.com

Jo Lynn Jeter
JJeter@NWLawOK.com

Adrienne L. Barnett
ABarnett@NWLawOK.com

Ryan A. Ray
RRay@NWLawOK.com

Chad J. Kutmas
CKutmas@NWLawOK.com

David R. Ross
DRoss@NWLawOK.com

Ashley R. Ogle
AOgle@NWLawOK.com

Barrett L. Powers
BPowers@NWLawOK.com

Ben R. Aussenberg
BAussenber@NWLawOK.com

R. Jay Chandler,
Of Counsel
JChandler@NWLawOK.com

October 22, 2020

*Via email and U.S. Mail*

Renessa Shoulderblade, Legal Assistant
SMOLEN & ROYMAN
701 South Cincinnati Ave.
Tulsa, OK 74119
renessashoulderblade@ssrok.com

Re:  *Sandra Coker, as Special Administratrix of the Estate of Ty Rutledge v. Vic Regalado, Olakule Babarinde, Brandon Blish, and Turn Key Health Clinics, LLC,* Case No. 20-CV-347-GKF-FHM, NDOK

Dear Ms. Shoulderblade:

Our firm represents Turn Key Health Clinics, LLC ("Turn Key") in the above-referenced matter. Please direct any and all future correspondence related to Ty Rutledge to me.

In response to your September 23, 2020 facsimile to Turn Key Health, I have enclosed a DVD containing Ty Rutledge's medical records. Turn Key does not maintain billing records.

Sincerely,

Jo Lynn Jeter

Encl.



# Susan Connor

| | |
|---|---|
| **From:** | Susan Connor |
| **Sent:** | Thursday, October 22, 2020 2:44 PM |
| **To:** | 'renessashoulderblade@ssrok.com' |
| **Cc:** | Jo Lynn Jeter; Barrett Powers |
| **Subject:** | Coker v. Turn Key Health Clinics, LLC, et al, Case No. 20-cv-347-GKF-FHM, NDOK |
| **Attachments:** | Psych 1-26-18.pdf; Refuse 1-31-18 - Waiver of Treatment-Evaluation.pdf; Refuse 2-2-18 - Waiver of Treatment-Evaluation.pdf; Refuse 2-25-18 - Waiver of Treatment-Evaluation.pdf; Refuse 4-18-18 - Waiver of Treatment-Evaluation.pdf; ROI 7-22-18.pdf; Sick Call Request Form 021218.pdf; Sick Call Request Form 040618.pdf; TC 1-15-18 - TRACIS Intake Screening Form.pdf; Vaccine 1-19-18.pdf; General MAR.pdf; KOP 4-9-18 - Keep on Person Agreement.pdf; 2020-10-22 ltr to Smolen & Roytman w encls.pdf |

Renessa,

Please see the attached letter and enclosures. The hard copy and DVD will follow via U.S. Mail.

Sincerely,


Susan Connor | Assistant to Jo Lynn Jeter and Ryan A. Ray
T: (918) 583 – 7571
D: (918) 732 – 1125
SConnor@NWLawOK.com
401 S. Boston Ave. Suite 3200
Tulsa, OK 74103
http://www.NWLawOK.com

1

# Smolen | Roytman

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Billing / Medical Records Dept. Turn Key Health | Renessa Shoulderblade |
| **COMPANY:** Smolen & Roytman PLLC | **DATE:** 09/23/2020 |
| **FAX NUMBER:** (405) 563-9121 | **TOTAL NO. OF PAGES INCLUDING COVER:** 4 |
| **PHONE NUMBER:** | **SENDER'S FAX NUMBER:** (918)-585-2669 |
| **RE:** Ty Rutledge DOB: 10/14/1994 | |

**X** URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Please produce a copy of the all itemized billing and medical records for our client Ty Rutledge.

Renessa Shoulderblade
Legal Assistant
Smolen & Roytman
701 South Cincinnati Avenue
Phone: (918) 585-2667
Fax: (918) 585-2669
renessashoulderblade@ssrok.com

# Smolen | Roytman

701 S. CINCINNATI AVENUE ♦ TULSA, OK 74119
TELEPHONE: (918) 585-2667 ♦ FAX: (918) 585-2669

## AUTHORIZATION TO RELEASE MEDICAL RECORDS

Patient Name: Ty Austin Rutledge    Medical Record: _____

Date of Birth: 10/14/94    SSN: 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

I hereby authorize the use or disclosure of the Protected Health Information described below be provided or obtained by:

**Name of Individual/Facility/Company to Receive PHI:**

Smolen & Roytman
701 S. CINCINNATI AVE.
TULSA, OK 74119

**Name of Individual/Facility to Disclose PHI:**

Turn Key Health

Information authorized for use or disclosure, or to be obtained:

Lifetime medical information concerning this patient. This means every page of documents in your possession.
Medical information of this patient compiled between 04/01/2018 - 05/15/2018
Medical bills generated from _____

Specifically:
__Discharge Summary  __History & Physical  __Consultation Reports
__Procedural Reports  __Reports of Operations  __Progress Notes
__Lab Reports  __Radiological Reports  __School Records
__Employment Records __Attendance Records  __Computer/Cell Phone Documents
__List of each and every individual/entity who has requested said records
Other: ALL MEDICAL RECORDS AND ITEMIZED BILLS

The information will be obtained, used or disclosed for LEGAL PURPOSES and AT THE REQUEST OF THE PATIENT'S REPRESENTATIVE.

I UNDERSTAND:
- I may revoke this authorization at any time, in writing, except revocation will not apply to information already used or disclosed in response to this authorization. I may revoke this document by presenting my written revocation to the Privacy Officer of the Individual/Facility/Company to Disclose PHI;
- I release the entities listed above, their agents and employees from any liability in connection with the use or disclosure of the PHI covered by this authorization. The entity authorized to disclose the information will not be compensated by the recipient, except for the cost of copying and mailing as authorized by law;
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected by federal law. However, the recipient may be prohibited from disclosing substance abuse information under the Federal Substance Abuse Confidentiality Requirements;
- I have the right to inspect the PHC to be released, and I may refuse to sign this authorization;
- Unless the purpose of this authorization is to determine payment of a claim for benefits, the requesting entity will not condition the provision of treatment or payment for my care on my signing this authorization;
- I understand that my medical information may indicate that I have a communicable or non-communicable disease or venereal disease which may include, but is not limited to, diseases such as hepatitis, syphilis, gonorrhea, HIV or AIDS. I further understand that my medical information may indicate that I have or have been treated for psychological or psychiatric conditions or relate to mental health or drug, substance or alcohol abuse.

_Sandra Coker_    Date _July 17th 2020_
Signature of Patient or Patient's Representative

_____    _____
Representative's Relation to Patient    Expiration Date of Authorization

_____    _____
Signature of Witness    Date

**NOTICE OF RIGHTS:** Information in your medical record that you have or may have a communicable or non-communicable or venereal disease is made confidential by law and cannot be disclosed without your permission except in limited circumstances including disclosure to persons who have had risk exposures, disclosure pursuant to an order of the court of the Department of Health, disclosure among healthcare providers or disclosure for statistical or epidemiological purposes. When such information is disclosed, it cannot contain information from which you could be identified unless disclosure of that identifying information is authorized by you, by an order of the court, the Department of Health or by law.

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF ) | |
| ) | CASE NO. PB-2020-537 |
| TY RUTLEDGE, ) | |
| ) | JUDGE: GLASSCO |
| Deceased. ) | |

## ORDER APPOINTING ADMINISTRATOR, DETERMINING HEIRS-AT-LAW AND APPROVAL OF ATTORNEYS FEE CONTRACT

NOW, on this 3rd day of September, 2020, this matter comes on for hearing pursuant to an Order of the Court upon the Petition of Sandra Coker for the appointment of a Personal Representative of the Estate of Ty Rutledge, Deceased. Oleg Roytman appears on behalf of Petitioner. The Court, having inspected the record and having heard the evidence finds:

1. Notice of this hearing has been given pursuant to Title 58 §25 by mailing notice to Decedents heirs. That notice by publication was given on July 23, 2020 in Tulsa County, Oklahoma in The Tulsa World.

2. Ty Rutledge died intestate on or about May 19, 2018 in Tulsa County, Oklahoma.

3. The Court furthers finds that the following family members survived the Decedent:

   * Sandra Coker – Mother

4. Sandra Coker should be appointed Personal Representative of the Estate of Ty Rutledge Deceased, and should be allowed to serve without the requirement of posting a bond.

5. That the contract for representation in the wrongful death of the Decedent, signed by Sandra Coker is approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Sandra Coker hereby is appointed Personal Representative of the estate of Ty Rutledge, Deceased;

that the sole heirs-at-law are listed above and that the letters of Administration should be issued to Sandra Coker upon her taking and subscribing the oath of office as required by law.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** by the Court that Sandra Coker hereby is allowed to serve as Personal Representative without bond and that the attorneys fees contract signed by Sandra Coker is approved by this Court

**KURT GLASSCO**
JUDGE OF THE DISTRICT COURT

*Prepared By:*
*Oleg Roytman, #20321*
*Smolen, & Roytman PLLC*
*701 South Cincinnati Avenue*
*Tulsa, OK 74119*
*(918) 585-2667*
*(918) 585-2669 Fax*
*Attorney for the Personal Representative*

SEP 03 2020