## AFFIDAVIT OF DR. WILLIAM COOPER

OKLAHOMA COUNTY      )
                     )  ss.
STATE OF OKLAHOMA    )

I, William Cooper, being of lawful age, being duly sworn, depose and state as follows.

1. I have personal knowledge of and am competent to testify as to the matters stated herein.

2. I am a licensed, practicing physician and have been the Chief Medical Officer for Turn Key Health Clinics, LLC ("Turn Key") since November 2015.

3. In my role as Chief Medical Officer, I am familiar with the policies, practices and protocols of Turn Key. I have personal knowledge of Turn Key's role as the contracted medical provider at the Tulsa County Jail.

4. Turn Key first became the medical provider at the Tulsa County Jail on December 1, 2016.

5. From December 1, 2016 through May 19, 2018, there was one suicide event apart from the suicide of Ty Rutledge on May 19, 2018. Mr. Jimmy Ray Williams committed suicide within the Tulsa County Jail on July 31, 2017.

6. Per Turn Key practice, medical providers must clock in at a facility at the beginning of their shift, and, upon the end of their shift, they must clock out of the facility. Turn Key tracks the time spent by any individual provider in Time Detail Reports. Allocation code "410" corresponds with the Tulsa County Jail facility.

| Code | Description |
|---|---|
| 410 | Tulsa County Jail |

1

7. The Time Detail Report documenting psychiatrist Dr. Jawaun Lewis' hours worked within the Tulsa County Jail, from January 1, 2018 through May 31, 2018, has been marked as Exhibit 3 to Defendant's Motion for Summary Judgment.

8. The Time Detail Report documenting psychologist Dr. Alicia Irvin's hours worked within the Tulsa County Jail, from January 1, 2018 through May 31, 2018, has been marked as Exhibit 5 to Defendant's Motion for Summary Judgment.

9. The Time Detail Report documenting the hours worked by physician Dr. Kimberly Lemons and myself within the Tulsa County Jail, from January 1, 2018 through May 31, 2018, has been marked as Exhibit 7 to Defendant's Motion for Summary Judgment.

10. The summary charts of these providers' hours worked within the Tulsa County Jail, included as Exhibits 4, 6, and 8, were generated electronically by Turn Key directly from the providers' Time Detail Reports.

11. Turn Key's medical records relating to the care and treatment of Ty Rutledge, during his incarceration within the Tulsa County Jail from January 15, 2018 though May 19, 2018, have been marked as Exhibit 9 to Defendant's Motion for Summary Judgment.

FURTHER AFFIANT SAYETH NOT.

_____
Dr. William Cooper

SUBSCRIBED and SWORN to before me this 28 day of August, 2022.

_____
Notary Public  # 05009223

(SEAL) Notary Public

My commission expires on 10/3/2025.

SUSAN CONNOR
NOTARY
# 05009223
EXP. 10/03/25
STATE OF OKLAHOMA
PUBLIC