IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SANDRA COKER, as Special Administratrix of the Estate of TY RUTLEDGE, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 21-CV-516-GKF-JFJ ) |
| VIC REGALADO, in his official capacity, and TURN KEY HEALTH CLINICS, LLC, | ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff and Defendants as follows:

Plaintiff's claims against Defendants are hereby dismissed with prejudice.

Respectfully submitted,

/s/Robert M. Blakemore
Daniel E. Smolen
Robert M. Blakemore
Bryon D. Helm
SMOLEN & ROYTMAN
701 South Cincinnati Ave.
Tulsa, Oklahoma 74119
danielsmolen@ssrok.com
bobblakemore@ssrok..com
bryonhelm@ssrok.com

*Attorneys for Plaintiff*

/s/ Jo Lynn Jeter
Jo Lynn Jeter, OBA #20252
W. Caleb Jones, OBA #33541
Norman Wohlgemuth
3200 Mid-Continent Tower
401 S. Boston Ave.
Tulsa, OK  74103
Telephone:  (918) 583-7571
Facsimile:  (918) 584-7846

Case 4:21-cv-00516-GKF-JFJ   Document 51 Filed in USDC ND/OK on 01/30/23   Page 2 of 2

Email: JJeter@NWLawOK.com
Email: WJones@NWLawOK.com

**ATTORNEYS FOR DEFENDANT,**
**TURN KEY HEALTH CLINICS, LLC**


*s/ Keith A. Wilkes*                          .
Keith A. Wilkes, OBA #16750
HALL, ESTILL, HARDWICK, GABLE, GOLDEN
 & NELSON, P.C.
521 East 2nd Street, Suite 1200
Tulsa, Oklahoma  74120
T: 918.584.0400
F: 918.594.0505
kwilkes@hallestill.com

**ATTORNEYS FOR SHERIFF REGALADO**